## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **ANUP PARMAR,** <br><br> **PLAINTIFF,** <br><br> v. <br><br> **CREDIT CONTROL, LLC** <br><br> **DEFENDANT.** | Case No.: 1:19-cv-00387 <br><br> Judge: Rebecca Pallmeyer |

### DEFENDANT CREDIT CONTROL, LLC'S MOTION TO STAY DISCOVERY

Defendant Credit Control, LLC ("Credit Control"), by and through its attorneys, respectfully moves this Court to stay discovery during the pendency of its already filed Motion for Judgment on the Pleadings and Motion to Stay proceeding pending rulings from the FCC.

District courts have "extremely broad discretion in controlling discovery." Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013). The court may, "for good cause," limit the scope of discovery to "protect a party from … undue burden or expense." Fed. R. Civ. P. 26(c)(1); see also Friends of the Parks v. Chi. Park Dist., No. 14-cv-9096, 2015 WL 4111312, at *1 (N.D. Ill. Jul. 6, 2015). Filing a dispositive motion does not automatically stay discovery, however, and the court is not required to grant a motion to stay discovery pending a ruling on a dispositive motion. See, e.g., New England Carpenters Health & Welfare Fund v. Abbott Labs., No. 12 C 1662, 2013 WL 690613, at *1 (N.D. Ill. Feb. 20, 2013). Although such stays are frequently granted. id.

In light of Credit Control's pending Motion for Judgment on the Pleadings, which likely will resolve the instant matter in favor of Credit Control, or in the alternative, its Motion to Stay

proceedings pending the published rules from the FCC, granting this Motion will save the parties further expense and costs with respect to unnecessary discovery.

WHEREFORE, Defendant Credit Control, LLC requests this Court stay discovery pending a decision on its Motion for Judgment on the Pleadings and/or Motion to Stay Proceedings.

Dated: July 12, 2019                                   Respectfully Submitted,

WATTS LAW GROUP, LLC

*Attorneys for Defendant*
Credit Control, LLC

By:/s/ Patrick A. Watts
Patrick A. Watts, Esq.
150 S. Wacker, Suite 2400
Chicago, Illinois
Ph: (312) 741-0990
Email: pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this date via ECF and regular mail addressed to the following:

Alexander J. Taylor, Esq.
Marwan R. Daher, Esq.
Omar T. Sulaiman, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
mdaher@sulaimanlaw.com
osulaiman@sulaimanlaw.com
*Attorneys for Plaintiff*


Dated: July 12, 2019

                                                By: /s/ Patrick A. Watts
                                                Patrick A. Watts, Esq.