# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anup Parmar
                Plaintiff,

v.
                Case No.: 1:19−cv−00387
                Honorable Rebecca R. Pallmeyer

Credit Control, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2019:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's unopposed motion to extend time to file response to Defendant's motion for judgment on the pleadings [33] is granted as follows: Deadline for Plaintiff's response is extended to 8/20/19; Defendant's reply is extended to 9/3/19. Motion hearing date of 8/14/19 is stricken. Ruling on motion remains set for 9/5/19 at 9:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.