UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Anup Parmar

                Plaintiff,

v.                                        Case No.: 1:19−cv−00387
                                              Honorable Rebecca R. Pallmeyer

Credit Control, LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 5, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Defendant's counsel failed to appear. Defendant's motion for judgment on the pleadings [23] is denied. Defendant's answer to Plaintiff's FDCPA claim shall be filed by 9/26/19. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED.R.CIV.P. 16 on 10/9/19 at 9:00 a.m. Counsel are requested promptly to meet face−to−face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_judges/pallmeyer/Report%20of%20Pl anning%20Mtg.pdf. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.