**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ANUP PARMAR,** | **Case No.: 1:19-cv-00387** |
| **PLAINTIFF,** | Judge Rebecca Pallmeyer |
| **v.** | |
| **CREDIT CONTROL, LLC** | |
| **DEFENDANT.** | |

**DEFENDANT CREDIT CONTROL LLC's MOTION FOR SUMMARY JUDGMENT**

Defendant, Credit Control, LLC ("Credit Control") by and through its undersigned counsel, submits this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 for the reasons and on the grounds more fully set forth in its Memorandum of Law in Support of this Motion filed herewith and incorporated herein.

Defendant Credit Control was not acting as a debt collector under the Fair Debt Collection Practices Act (FDCPA) with respect to Plaintiff. 15 U.S.C. §1692a(6) and there is no genuine issue of material fact as to this issue. Accordingly, Count I of the First Amended Complaint fails as a matter of law. Plaintiff has agreed to voluntarily dismiss all other counts as set forth in his response to Credit Control's Motion for Judgment on the Pleadings.

WHEREFORE, for all the foregoing reasons, Credit Control respectfully requests that this Court grant its Motion for Summary Judgment and any other relief this Court deems just and proper.

Dated: November 7, 2019

Respectfully submitted,

 /s/ PATRICK A. WATTS
Patrick A. Watts
IL State Bar No. 6202112
Watts Law Group, LLC
150 S. Wacker Drive, Ste. 2400
Chicago, IL 60606
P: (312) 725-8267
F: (888) 632-6937
pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2019, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system to the following counsel of record:

Omar Tayseer Sulaiman
Alexander James Taylor
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
(630) 575-8181
osulaiman@sulaimanlaw.com
ataylor@sulaimanlaw.com
mdaher@sulaimanlaw.com

 /s/ Patrick Watts