UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANUP PARMAR, <br><br> PLAINTIFF, <br><br> v. <br><br> CREDIT CONTROL, LLC <br><br> DEFENDANT. | Case No.: 1:19-cv-00387 <br><br> DECLARATION |

## DECLARATION OF SCOT MAYO OF FIRST NATIONAL BANK OF OMAHA

1.     I am over the age of 18, and I am competent to make this declaration.

2.     I am a Senior Manager for First National Bank of Omaha.

3.     The information contained herein is based upon my personal knowledge along with my review of documents which are maintained in the ordinary course of First National Bank of Omaha's regularly conducted business, and which were made at or about the time of the events described therein.

4.     First National Bank of Omaha (hereinafter "FNBO") is a wholly owned subsidiary of First National of Nebraska, Inc. and is a privately held bank providing commercial, small business and personal products and services throughout the Midwest.  First National Bank of Omaha commonly operates under its trade names "FNB Omaha", "FNBO", and "First National Bank".

5.     The following list of business records is used in preparation of this Declaration and are true, genuine, correct and authentic copies:

EXHIBIT 1:  First National Bank of Omaha's billing statements to and for Anup Parmar for account ending in 2142 (New York Life Branded Credit Card) numbered 1-97; and

EXHIBIT 2:  Statement of Work First Party Collection Services between FNBO and Credit Control LLC (1-3).

6.      The business records listed in Paragraph 5 were made at or near the time of the events they record and were made by or from information transmitted by a person with knowledge of the events they record.  Moreover, these records are kept in the ordinary course of business.  It is the regular practice of FNBO to make such records and such records are true, genuine, correct and authentic copies of such records.

7.      The billing statements identified in Paragraph 5 and attached hereto as Exhibit 1 are true, genuine, correct and authentic copies of billing statements of FNBO sent to Anup Parmar for the credit card account ending in 2142.

8.      On or about April 21, 2010, Anup Parmar ("Parmar") opened a New York Life Visa credit card account with First Bankcard, a division of FNBO, account ending in 2142 (the "Account").

9.      On four distinct occasions between January 2017 and November 2018, Parmar missed a minimum payment due on the Account and FNBO assigned the Account to Credit Control to cure the past due minimum payment.

10.     On the first three occasions, Parmar cured the past due minimum payment balance and the Account was current, active and open after each cure.

11.     On September 17, 2018, Parmar made a $1000.00 payment on the Account. (Exhibit 1, at Page 73).

12.     As reflected in the billing statement issued on or about October 9, 2018, (Exhibit 1, at Page 73), the Total Credit Limit on the Account at the time was $1082.00 and the Account had a balance of $917.23.  The Account was current.

13.     As reflected in the billing statement issued on October 9, 2018, (Exhibit 1, at Page 73), the next minimum payment of $28.00 on the Account was due on November 4, 2018.

14.     Parmar missed the minimum payment of $28.00 on November 4, 2018.  The Account remained available for use by Parmar throughout the entirety of November 2018 with Available credit of $1043.00.

15.     The Account was not in default at any time during November 2018.

16.     On November 6, 2018, FNBO issued a billing statement (Exhibit 1, at Page 89) to Parmar.  The statement reflects a Minimum Payment Due of $76.00 due on December 4, 2018, an Account balance of $956.16, and an available Credit on the account of $1043.00 and a Total Credit Line of $2000.00.

17.     The Account remained open and available for use by Parmar throughout the entirety of November, 2018.

18.     The account balance on the Account reflected in the November 6, 2018 account statement (Exhibit 1, at Page 89) did not become due or owing at any time during November 2018 – only the minimum payment of $76.00 was due on December 4, 2018.  The November 6, 2018 statement does not demand or require the payment of the full Account balance, only the Minimum Payment Due of $76.00 by December 4, 2018.  (Exhibit 1, at Page 89).

19.     On November 17, 2018, FNBO assigned to Credit Control this $76.00 balance so that Credit Control could attempt to cure the past due balance of $28.00 and collect the remaining minimum payment due on December 4, 2018.

3

20.     At the time of the assignment, the Account was not in default, was open, with available credit and had an account balance which was not due or owing at the time of assignment.

21.     At the time of assignment to Credit Control on November 17, 2018, FNBO desired to continue its credit relationship with Parmar by allowing him to cure the $28.00 past due minimum payment.   The Account remained open and usable by Parmar throughout November 2018 with available credit and an Account balance which was not due.

22.     The sole purpose of FNBO's assignment of the past due minimum payment amount to Credit Control was for Credit Control to attempt to cure the delinquencies – and to avoid a default on the Account.

23.     On December 6, 2018, FNBO issued its December 2018 billing statement (Exhibit 1, at Page 80) to Parmar.   The statement reflects a Minimum payment Due of $137.00 due on January 4, 2019 on the Account balance at the time of $1007.64.

24.     On January 7, 2019, FNBO revoked credit privileges for Parmar on the Account and the account was recalled from Credit Control by FNBO on January 8, 2019.

25.     The Account was not in default during any time the past due balance was assigned to Credit Control.

26.     The entire Account balance was not demanded by FNBO or considered due by FNBO until May 31, 2019, the date that Account went into default.

27.     I hereby declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

Dated:  November 6, 2019

/s/:    _____
        Scot Mayo, Senior Manager

FNBO DECLARATION EXHIBIT 1





| Account Number: | | 2142 |
| New Balance: | ...................... | $673.75 |
| Minimum Payment Due: | ................... | $54.00 |
| Payment Due Date: | .......... | February 4, 2017 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ _____ . ____

2253    081345

ANUPKUMAR H PARMAR

Change of Address?  If yes, please
complete reverse side.

█████████ 60133-6038

████████ 2142    0000000005400    0000000067375

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
███████████ 2142
Page 001 of 002

 Account Summary

 Payment Information

| Previous Balance | ................. | $583.09 |
| Payments | ..................... | -$0.00 |
| Other Credits | ..................... | -$0.00 |
| Purchases | ..................... | +$62.70 |
| Balance Transfers | ................... | +$0.00 |
| Cash Advances | ..................... | +$0.00 |
| Fees Charged | ..................... | +$20.00 |
| Interest Charged | ..................... | +$57.96 |
| New Balance | ..................... | $673.75 |
| | | |
| Statement Closing Date | ................. | 01/05/17 |
| Days in Billing Cycle | ................. | 29 |
| | | |
| Total Credit Limit | ................. | $2,400.00 |
| Available Credit | ................. | $1,726.00 |
| Cash Limit | ................. | $480.00 |
| Available Cash | ................. | $480.00 |

| New Balance | ................................. | $673.75 |
| Minimum Payment Due | ......................... | $54.00 |
| Past Due Amount | ............................. | $20.00 |
| Payment Due Date | ................. | February 4, 2017 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 4 years | $888 |
| $24 | 3 years | $864 (Savings $24) |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Onlinel

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

💡 Smart Tips

Keeping up with your credit card bills is just part of the picture when it comes to healthy credit.  If you default
on your utility bills, that shows up on your report and can translate into higher rates on your other debt as a
result -- so make sure to pay every bill, every month.

Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 63 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 63 | Total points earned this month |
| 0 | Points redeemed this month |
| 3,691 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page



## Our Commitment To You

We are committed to providing our customers
with quality products, superior service,
and our continued support and respect.

---

Account Number:
2142
Page 002 of 002

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Transactions | | | | |
| 12-11 | 12-12 | 24610436346072005016231 | GRAND VICTORIA F&B ELGIN IL | $6.00 |
| 12-11 | 12-13 | 24269796347100277568641 | WINE AND LIQUOR HANOVER PARK IL | $6.62 |
| 12-13 | 12-15 | 24269796349100307130507 | WINE AND LIQUOR HANOVER PARK IL | $6.62 |
| 12-18 | 12-19 | 24610436353072006016497 | GRAND VICTORIA F&B ELGIN IL | $6.00 |
| 12-26 | 12-28 | 24269796362100287440597 | WINE AND LIQUOR HANOVER PARK IL | $6.45 |
| 1-02 | 1-03 | 24445007003600181851513 | WALGREENS #2447   HANOVER PARK IL | $17.71 |
| 1-03 | 1-04 | 24013397003000399259680 | MO LIQUOR CAROL STREAM IL | $13.30 |
| Fees | | | | |
| 1-04 | 1-05 | 74680127005000005062008 | LATE FEE | $20.00 |
| Total Fees For This Period | | | | $20.00 |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $7.96 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $7.96 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.49% (v) | $608.43 | 29 | $7.96 |
| Cash Advance | 19.49% (v) | $0.00 | 29 | $0.00 |

2017 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | ....................................... | $20.00 |
| Total interest charged in 2017 | ....................................... | $7.96 |

Additional Information Regarding Your Account

Enclosed please find your annual Privacy Policy

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.

Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**

Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | | 2142 |
|---|---|---|
| New Balance: | ........................ | $818.82 |
| Minimum Payment Due: | ................... | $20.00 |
| Payment Due Date: | .......... | February 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . _____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    051190

ANUPKUMAR H PARMAR

60133-6038

Change of Address?  If yes, please
complete reverse side.

2142   0000000002000    0000000081882

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: 2142

Page 001 of 003

 Account Summary

| Previous Balance | ............... | $617.12 |
|---|---|---|
| Payments | ............................... | -$350.00 |
| Other Credits | ......................... | -$0.00 |
| Purchases | ............................ | +$540.16 |
| Balance Transfers | ................... | +$0.00 |
| Cash Advances | ..................... | +$0.00 |
| Fees Charged | ........................ | +$0.00 |
| Interest Charged | ................... | +$11.54 |
| New Balance | ......................... | $818.82 |
| | | |
| Statement Closing Date | ......... | 01/08/18 |
| Days in Billing Cycle | ............ | 32 |
| | | |
| Total Credit Limit | ................ | $3,150.00 |
| Available Credit | ................. | $2,331.00 |
| Cash Limit | ........................ | $650.00 |
| Available Cash | .................... | $650.00 |

Payment Information

| New Balance | ........................ | $818.82 |
|---|---|---|
| Minimum Payment Due | ..................... | $20.00 |
| Past Due Amount | ..................... | $0.00 |
| Payment Due Date | ..................... | February 4, 2018 |

⚠Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 5 years | $1,220 |
| $29 | 3 years | $1,044 (Savings $176) |

If you would like information about credit counseling services, call 1-866-486-6322.

🛈 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

💡 Smart Tips

Keeping up with your credit card bills is just part of the picture when it comes to healthy credit.  If you default
on your utility bills, that shows up on your report and can translate into higher rates on your other debt as a
result -- so make sure to pay every bill, every month.

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account.
Review your rewards program terms and conditions for complete details.

| 541 | Points earned this month on Net Purchases |
|---|---|
| 0 | Bonus points earned this month |
| 541 | Total points earned this month |
| 0 | Points redeemed this month |
| 5,667 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 12-13 | 12-14 | 74418007348034348015135 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| 12-27 | 12-28 | 74418007362034362010999 | FRAUD PAYMENT TRANSFER | $100.00 (CR) |
| 1-04 | 1-05 | 74418008050340050112162 | FRAUD PAYMENT TRANSFER | $100.00 (CR) |

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page



## Our Commitment To You

We are committed to providing our customers
with quality products, superior service,
and our continued support and respect.

Account Number: ████ 2142

Page 002 of 003

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 12-08 | 12-11 | 24707807344030075573101 | MIDAS AUTO EXPERTS - ARMY HANOVER PARK IL | $22.58 |
| 12-15 | 12-18 | 24224437350101077065642 | PATEL BROTHERS HANOVER PARK IL | $16.38 |
| 12-18 | 12-19 | 24275397352900013800076 | SUNRISE CHEVROLET INC GLENDALE HEIG IL | $384.26 |
| 12-21 | 12-26 | 24231687356837003672813 | TACO BELL #5514 HANOVER PARK IL | $2.87 |
| 12-31 | 1-02 | 24427337365720021894418 | JEWEL #3246 CAROL STREAM IL | $7.61 |
| 12-31 | 1-02 | 24445008001400121929813 | SAMS CLUB #8148 STREAMWOOD IL | $41.73 |
| 1-03 | 1-04 | 24122548003740003240388 | PP9178419ARMYTRAIL BP A CAROL STREAM IL | $30.00 |
| 1-04 | 1-05 | 24445008005000778662008 | WALGREENS #2447 HANOVER PARK IL | $18.29 |
| 1-05 | 1-08 | 24445008006000914087088 | WALGREENS #2447 HANOVER PARK IL | $7.82 |
| 1-05 | 1-08 | 24445008006100223750587 | DOLLAR GENERAL #12263 CAROL STREAM IL | $8.62 |

**Fees**

Total Fees For This Period $0.00

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $11.54 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $11.54 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.24% (v) | N/A | $765.20 | 32 | $11.54 |
| Cash Advance | 20.24% (v) | N/A | $0.00 | 32 | $0.00 |

**2018 Total Year-to-Date**

| | |
|---|---|
| Total fees charged in 2018 | ........................................... $0.00 |
| Total interest charged in 2018 | ........................................... $11.54 |

Additional Information Regarding Your Account

Enclosed please find your annual Privacy Policy

FNBO DECLARATION EXHIBIT 1

Page 003 of 003

Use these checks on Balance Transfers that post by 3/22/2018

to receive a low 5.99% APR* FIXED for LIFE with this offer.

| Interest and Fee Information | |
| --- | --- |
| **APR** for Check Transactions | 5.99% fixed (Promotional APR* until paid in full). |
| **Use by Date** | These checks must post to your account by 3/22/2018 for the promotional APR to apply. Checks which do not post to your account by 3/22/2018 will not be honored. |
| **Fee** | None. (There is No Balance Transfer Fee with this offer.) |
| **Paying Interest** | We will begin charging interest on these checks on the transaction date. |

*IMPORTANT INFORMATION: Use check #4959 or check #4960 to receive a Promotional Offer ANNUAL PERCENTAGE RATE of 5.99% fixed (a daily periodic rate of 0.0164%).

For balance transfers not made with these checks, a balance transfer fee of either $5 or 3.00% of the amount of each transfer, whichever is greater, will be applied.

This APR does not apply to purchases and cash advances made with your credit card. We reserve the right to change your account terms for reasons described in your Cardmember Agreement. Any APR labeled as "fixed" will not increase for any reason. See reverse side for ADDITIONAL IMPORTANT INFORMATION.

You must pay your entire statement balance (including all promotional purchase and balance transfer balances) by the due date each month to avoid being charged interest on new purchases from the date those purchases are made, unless your new purchases are subject to a 0% interest rate.





FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

| Account Number: | 2142 |
| New Balance: | $1,060.94 |
| Minimum Payment Due: | $200.00 |
| Payment Due Date: | February 4, 2019 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ .

2253    076918

ANUPKUMAR H PARMAR

00133-6038

Change of Address?  If yes, please complete reverse side.

142   0000000020000     0000000106094

---

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: 2142

Page 001 of 002

###  Account Summary

| | |
|---|---|
| Previous Balance | $1,007.64 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$37.00 |
| Interest Charged | +$16.30 |
| New Balance | $1,060.94 |
| | |
| Statement Closing Date | 01/07/19 |
| Days in Billing Cycle | 32 |
| | |
| Total Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Cash Limit | $400.00 |
| Available Cash | $0.00 |

### Payment Information

| | |
|---|---|
| New Balance | $1,060.94 |
| Minimum Payment Due | $200.00 |
| Past Due Amount | $137.00 |
| Payment Due Date | February 4, 2019 |

Late Payment Warning:  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 7  years | $1,826 |
| $38 | 3  years | $1,368 (Savings $458) |

If you would like information about credit counseling services, call 1-866-486-6322.

---

Customer Service

Save Time and Stamps by Paying Online!

Call: Toll Free 1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

### Smart Tips

Keeping up with your credit card bills is just part of the picture when it comes to healthy credit.  If you default on your utility bills, that shows up on your report and can translate into higher rates on your other debt as a result -- so make sure to pay every bill, every month.

### REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account, an ACH deposit to any checking or savings account (ABA routing number required), or as a check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 0 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 0 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,329 | Current point balance |

Points expiring on your next statement closing date ....................156
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points, please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to 11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

---

Important Information Regarding Your Account

We have told a credit bureau about a late payment, missed payment or other default on your account.
This information may be reflected in your credit report.

---

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DEC 8

FNBO DECLARATION EXHIBIT 1



# Our Commitment To You

We are committed to providing our customers
with quality products, superior service,
and our continued support and respect.

---

Account Number:
▓▓▓▓▓ 2142

Page 002 of 002

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Fees | | | | |
| 1-04 | 1-07 | 746801290070000070620000 | LATE FEE | $37.00 |
| Total Fees For This Period | | | | $37.00 |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $16.29 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $16.30 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.24% (v) | N/A | $1,019.11 | 32 | $16.29 |
| Cash Advance | 21.24% (v) | N/A | $0.98 | 32 | $0.01 |

2019 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2019 | ................................................ | $37.00 |
| Total interest charged in 2019 | ................................................ | $16.30 |

Additional Information Regarding Your Account

Enclosed please find your annual Privacy Policy
This year we have updated our Privacy Policy to better serve you.

For instance, First National Bank of Omaha now specifies
we will share information with our affiliates to market to you.

In addition, we have updated our disclosures pertaining to California and Vermont.

Looking to Lower Your Monthly Payments?
Explore your options on our secure website.

We understand that everyone has challenging financial times. We can help you with payment programs designed around your needs.

Here are some options you may qualify for as our cardmember:

Â   Reduced Payment Program - We'll work with you to determine a fixed monthly payment that's easier on your budget, so you'll have more money for everyday expenses.

Â   Debt Settlement Offer - Depending on your situation, you may be eligible for a settlement offer that could lower your current payoff amount.

To learn more about the options available to you, log in to the website on the front of your statement and follow the helpful prompts under Payment Plans. You can also download our mobile app or call us directly at 1-800-537-3302.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1







| | |
|---|---|
| Account Number: | 2142 |
| New Balance: | $563.53 |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | March 4, 2017 |

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ .

2253   081679

ANUPKUMAR H PARMAR

Change of Address?  If yes, please
complete reverse side.

60133-6038

142   0000000002000   0000000056353

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142
Page 001 of 002

  Account Summary

  Payment Information

| | |
|---|---|
| Previous Balance | $673.75 |
| Payments | -$150.00 |
| Other Credits | -$0.00 |
| Purchases | +$30.54 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$9.24 |
| New Balance | $563.53 |
| | |
| Statement Closing Date | 02/06/17 |
| Days in Billing Cycle | 32 |
| | |
| Total Credit Limit | $2,400.00 |
| Available Credit | $1,836.00 |
| Cash Limit | $480.00 |
| Available Cash | $480.00 |

| | |
|---|---|
| New Balance | $563.53 |
| Minimum Payment Due | $20.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | March 4, 2017 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 3  years | $713 |

If you would like information about credit counseling services, call 1-866-486-6322.

  Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free 1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

  Smart Tips

Have you secured your identity from theft?
Remember that the most common way identity thieves get their hands on your information is by going
through your trash.  Be sure to shred anything with sensitive information before throwing it away!

  Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 31 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 31 | Total points earned this month |
| 0 | Points redeemed this month |
| 3,722 | Current point balance |

Points expiring on your next statement closing date .....................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

  Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| | | | Payments and Other Credits | |
| 1-24 | 1-25 | 7441800702503402501514 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| | | | Transactions | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

# FREE ONLINE ACCESS TO YOUR ACCOUNT

## Log on anytime — day or night

Account Number:
█████████ 2142
Page 002 of 002

## 🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 1-08 | 1-09 | 24610437008072006016526 | GRAND VICTORIA F&B ELGIN IL | $6.00 |
| 1-09 | 1-11 | 24054497010701866584436 | GIORDANO'S PRUDENTIAL CHICAGO IL | $11.48 |
| 1-25 | 1-26 | 24013397025003663150654 | MO LIQUOR CAROL STREAM IL | $6.44 |
| 1-29 | 1-31 | 24269797030100253179419 | WINE AND LIQUOR HANOVER PARK IL | $6.62 |

Fees
Total Fees For This Period                                                          $0.00

Interest Charged
Interest Charge on Purchases                                                        $9.24
Interest Charge on Cash Advances                                                    $0.00
Interest Charge on Balances Transfers                                               $0.00
Total Interest For This Period                                                      $9.24

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.74% (v) | $629.49 | 32 | $9.24 |
| Cash Advance | 19.74% (v) | $0.00 | 32 | $0.00 |

2017 Total Year-to-Date

Total fees charged in 2017        ....................................................        $20.00
Total interest charged in 2017    ....................................................        $17.20

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

| | |
|---|---|
| Address | |
| Apt/Bldg# | |
| City | |
| State, ZIP | |
| Home Phone | |
| Work Phone | |
| Cell Phone | |
| E-mail Address | |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | | 2142 |
| New Balance: | ........................ | $1,043.82 |
| Minimum Payment Due: | ................... | $24.00 |
| Payment Due Date: | ............. | March 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . ____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253   053817



60133-6038

Change of Address?  If yes, please
complete reverse side.

2142   0000000002400   0000000104382

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142

Page 001 of 004

  Account Summary

| Previous Balance | ................ | $818.82 |
| Payments | .......................... | -$100.00 |
| Other Credits | ..................... | -$0.00 |
| Purchases | ........................ | +$310.94 |
| Balance Transfers | ................ | +$0.00 |
| Cash Advances | ................... | +$0.00 |
| Fees Charged | ..................... | +$0.00 |
| Interest Charged | ................. | +$14.06 |
| New Balance | ..................... | $1,043.82 |
| | | |
| Statement Closing Date | ...... | 02/06/18 |
| Days in Billing Cycle | ........... | 29 |
| | | |
| Total Credit Limit | ............... | $3,150.00 |
| Available Credit | ................ | $2,106.00 |
| Cash Limit | ....................... | $650.00 |
| Available Cash | ................... | $650.00 |

Payment Information

| New Balance | .............................................. | $1,043.82 |
| Minimum Payment Due | ............................... | $24.00 |
| Past Due Amount | ........................................ | $0.00 |
| Payment Due Date | ...................................... | March 4, 2018 |

Late Payment Warning:  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
| --- | --- | --- |
| Only the minimum payment | 7  years | $1,796 |
| $37 | 3 years | $1,332 (Savings $464) |

If you would like information about credit counseling services, call 1-866-486-6322.

  Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box  2557,  Omaha, NE 68103-2557

Smart Tips

Have you secured your identity from theft?
Remember that the most common way identity thieves get their hands on your information is by going
through your trash.  Be sure to shred anything with sensitive information before throwing it away!

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| 311 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 311 | Total points earned this month |
| 0 | Points redeemed this month |
| 5,978 | Current point balance |

Points expiring on your next statement closing date ....................9
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
| --- | --- | --- | --- | --- |
| Payments and Other Credits | | | | |
| 2-05 | 2-05 | 74418008036027555086318 | PAYMENT - THANK YOU | $100.00 (CR) |
| Transactions | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1

# FREE ONLINE ACCESS TO YOUR ACCOUNT

## Log on anytime — day or night

Account Number: 2142

Page 002 of 004

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 1-09 | 1-10 | 24431058009940246857796 | FIRESTONE 286035   HANOVER PARK IL | $20.13 |
| 1-11 | 1-16 | 24445008012100193311636 | DOLLAR GENERAL #12263  CAROL STREAM IL | $7.54 |
| 1-15 | 1-16 | 24445008016400123383458 | WM SUPERCENTER #1420   STREAMWOOD IL | $7.12 |
| 1-15 | 1-16 | 24122548015740015760068 | BP9178187COUNTY FARM RD   BARTLETT IL | $20.00 |
| 1-16 | 1-17 | 24226388017091000558341 | SAMSCLUB #8148  STREAMWOOD IL | $145.23 |
| 1-16 | 1-18 | 24138298017700800059395 | SEARS ROEBUCK 1570   SCHAUMBURG IL | $8.79 |
| 1-21 | 1-22 | 24224438022101059309288 | PATEL BROTHERS  HANOVER PARK IL | $11.29 |
| 1-27 | 1-29 | 24224438028101066477056 | PATEL BROTHERS  HANOVER PARK IL | $11.64 |
| 1-28 | 1-29 | 24224438029102022129722 | PATEL BROTHERS  HANOVER PARK IL | $4.38 |
| 1-28 | 1-30 | 24445008029100180207756 | DOLLAR GENERAL #12263  CAROL STREAM IL | $2.96 |
| 1-30 | 2-01 | 24427338031710028895627 | ALDI 40025  CAROL STREAM IL | $24.89 |
| 2-01 | 2-05 | 24164078033255164896743 | SUBWAY      00056127   CAROL STREAM IL | $5.39 |
| 2-02 | 2-05 | 24224438034101072499817 | PATEL BROTHERS  HANOVER PARK IL | $41.58 |

| | |
|---|---|
| Fees | |
| Total Fees For This Period | $0.00 |
| | |
| Interest Charged | |
| Interest Charge on Purchases | $14.06 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $14.06 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.49% (v) | N/A | $1,012.58 | 29 | $14.06 |
| Cash Advance | 20.49% (v) | N/A | $0.00 | 29 | $0.00 |

2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................................. | $0.00 |
| Total interest charged in 2018 | ................................................. | $25.60 |

Additional Information Regarding Your Account

### Year End Summary Available

One of the many benefits of your credit card is that you have complimentary access to an annual summary of purchases. This resource could save you money in two areas:

1.  Tax Savings: Your Year End Summary organizes your spending which may save on tax preparation time and help spot tax deductions.
2.  Budgeting: By categorizing how much you're spending, your Year End Summary can help you better plan and budget expenses for the upcoming year.

Your summary can be found by logging into your online banking, clicking "View Statements" in the left sidebar, selecting the Account Number you would like to review, then selecting the "Year End Statement". If you're not enrolled in online banking please visit the URL listed in the Customer Service section of your statement to enroll.
.

Continued next page

FNBO DECLARATION EXHIBIT 1



## Pay bills with your credit card!

Your credit card is the faster, easier way to pay your monthly and recurring bills. There's no need to write checks, buy stamps or worry about delays in the mail. Plus you can view all your payments in one place on your monthly card statement.

*Pay all kinds of bills with your credit card. Here's how:*

1. **Contact** the companies that send you bills. Be sure to have your bill handy.

2. **Pay** with your credit card. You can even schedule automatic payments.

3. **Relax** knowing your bills are paid on time.

Account Number:

████████ 2142

Page 003 of 004

Additional Information Regarding Your Account

Your Rewards Just Got Sweeter!
- Now a new Cash Back redemption option - check by mail
- We've added a $1,000 cash back redemption option to the cash back options
- Mobile travel redemption options now available on the First Bankcard app or on Firstbankcard.com
- Travel insurance is now available to protect your travel plans

Please log in to your account to review your reward points

FNBO DEC 16

Page 004 of 004

Use these checks on Balance Transfers that post by 4/13/2018

to receive a low 5.99% APR* FIXED for LIFE with this offer.

| Interest and Fee Information | |
|---|---|
|  **APR for Check Transactions** | 5.99% fixed (Promotional APR* until paid in full). |
| **Use by Date** | These checks must post to your account by 4/13/2018 for the promotional APR to apply. Checks which do not post to your account by 4/13/2018 will not be honored. |
| **Fee** | None.  (There is No Balance Transfer Fee with this offer.) |
| **Paying Interest** | We will begin charging interest on these checks on the transaction date. |

*IMPORTANT INFORMATION: Use check #4964 or check #4965 to receive a Promotional Offer ANNUAL PERCENTAGE RATE of 5.99% fixed (a daily periodic rate of 0.0164%).

For balance transfers not made with these checks, a balance transfer fee of either $5 or 3.00% of the amount of each transfer, whichever is greater, will be applied.

This APR does not apply to purchases and cash advances made with your credit card.  We reserve the right to change your account terms for reasons described in your Cardmember Agreement.  Any APR labeled as "fixed" will not increase for any reason.  See reverse side for ADDITIONAL IMPORTANT INFORMATION.

You must pay your entire statement balance (including all promotional purchase and balance transfer balances) by the due date each month to avoid being charged interest on new purchases from the date those purchases are made, unless your new purchases are subject to a 0% interest rate.





FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | 2142 |
|---|---|
| New Balance: | $1,113.66 |
| Minimum Payment Due: | $263.00 |
| Payment Due Date: | March 4, 2019 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253   071739

ANUPKUMAR H PARMAR

60133-6038

Amount of Payment Enclosed

$ _____ . _____

Change of Address?  If yes, please
complete reverse side.

2142   0000000026300   0000000111366

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142
Page 001 of 001

### Account Summary

| | |
|---|---|
| Previous Balance | $1,060.94 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$37.00 |
| Interest Charged | +$15.72 |
| New Balance | $1,113.66 |
| | |
| Statement Closing Date | 02/05/19 |
| Days in Billing Cycle | 29 |
| | |
| Total Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Cash Limit | $400.00 |
| Available Cash | $0.00 |

### Payment Information

| | |
|---|---|
| New Balance | $1,113.66 |
| Minimum Payment Due | $263.00 |
| Past Due Amount | $200.00 |
| Payment Due Date | March 4, 2019 |

Late Payment Warning:  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 8  years | $1,980 |
| $41 | 3  years | $1,476 (Savings $504) |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 Smart Tips

Have you secured your identity from theft?
Remember that the most common way identity thieves get their hands on your information is by going through your trash.  Be sure to shred anything with sensitive information before throwing it away!

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Fees | | | | |
| 2-04 | 2-05 | 74680129036000036062000 | LATE FEE | $37.00 |
| Total Fees For This Period | | | | $37.00 |
| | | | | |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $15.71 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $15.72 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.      (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.49% (v) | N/A | $1,070.04 | 29 | $15.71 |
| Cash Advance | 21.49% (v) | N/A | $0.99 | 29 | $0.01 |

2019 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $74.00 |
| Total interest charged in 2019 | $32.02 |

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | 2142 |
| New Balance: | $469.73 |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | April 4, 2017 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ _____ . _____

2253    080269

ANUPKUMAR H PARMAR

60133-6038

Change of Address?  If yes, please
complete reverse side.

2142   0000000002000   0000000046973

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: 2142

Page 001 of 002

 Account Summary

| | |
|---|---|
| Previous Balance | $563.53 |
| Payments | -$100.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$6.20 |
| New Balance | $469.73 |
| Statement Closing Date | 03/07/17 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $2,400.00 |
| Available Credit | $1,930.00 |
| Cash Limit | $480.00 |
| Available Cash | $480.00 |

Payment Information

| | |
|---|---|
| New Balance | $469.73 |
| Minimum Payment Due | $20.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | April 4, 2017 |

⚠️Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠️Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 2 years | $569 |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Online!

Call: Toll Free 1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to: First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

💡 Smart Tips

Did you know?  A big part of your score depends on the percentage of your available credit you're using, so
a higher balance can lower that percentage against your available credit limit.

🍎 Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 0 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 0 | Total points earned this month |
| 0 | Points redeemed this month |
| 3,722 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 2-07 | 2-09 | 74418007040034040013929 | FRAUD PAYMENT TRANSFER | $100.00 (CR) |
| Fees | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



## Pay bills with your credit card!

Your credit card is the faster, easier way to pay your monthly and recurring bills. There's no need to write checks, buy stamps or worry about delays in the mail. Plus you can view all your payments in one place on your monthly card statement.

*Pay all kinds of bills with your credit card. Here's how:*

1. **Contact** the companies that send you bills. Be sure to have your bill handy.
2. **Pay** with your credit card. You can even schedule automatic payments.
3. **Relax** knowing your bills are paid on time.

Account Number:

▬▬▬▬ 02 of 002

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Total Fees For This Period | | | | $0.00 |

Interest Charged

| | | | | |
|---|---|---|---|---|
| Interest Charge on Purchases | | | | $6.20 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $6.20 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.74% (v) | $466.51 | 29 | $6.20 |
| Cash Advance | 19.74% (v) | $0.00 | 29 | $0.00 |

2017 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | ....................................... | $20.00 |
| Total interest charged in 2017 | ....................................... | $23.40 |

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have lined in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

 

| Account Number: | | 2142 |
| New Balance: | ............................ | $1,360.44 |
| Minimum Payment Due: | ................... | $77.00 |
| Payment Due Date: | ............... | April 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . ____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    049436

ANUPKUMAR H PARMAR

60133-6038

Change of Address?  If yes, please
complete reverse side.

142    0000000007700    0000000136044

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: 2142

Page 001 of 003



**Account Summary**

| Previous Balance | ............... | $1,043.82 |
| Payments | ............................. | -$0.00 |
| Other Credits | ....................... | -$0.00 |
| Purchases | ....................... | +$275.87 |
| Balance Transfers | ................... | +$0.00 |
| Cash Advances | .................. | +$0.00 |
| Fees Charged | ................... | +$24.00 |
| Interest Charged | .................. | +$16.75 |
| New Balance | ................... | $1,360.44 |
| Statement Closing Date | ........ | 03/07/18 |
| Days in Billing Cycle | ............ | 29 |
| Total Credit Limit | ............... | $3,150.00 |
| Available Credit | ............... | $1,789.00 |
| Cash Limit | ............... | $650.00 |
| Available Cash | ................... | $650.00 |

**Payment Information**

| New Balance | ............................................... | $1,360.44 |
| Minimum Payment Due | ....................................... | $77.00 |
| Past Due Amount | ............................... | $24.00 |
| Payment Due Date | ............................... | April 4, 2018 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 9  years | $2,548 |
| $49 | 3 years | $1,764 (Savings $784) |

If you would like information about credit counseling services, call 1-866-486-6322.

**Customer Service**

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

**Smart Tips**

Did you know?  A big part of your score depends on the percentage of your available credit you're using, so
a higher balance can lower that percentage against your available credit limit.

**REWARDS SUMMARY**

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| 276 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 276 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,245 | Current point balance |

Points expiring on your next statement closing date ...................0
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



## Pay bills with your credit card!

Your credit card is the faster, easier way to pay your monthly and recurring bills. There's no need to write checks, buy stamps or worry about delays in the mail. Plus you can view all your payments in one place on your monthly card statement.

*Pay all kinds of bills with your credit card. Here's how:*

1. **Contact** the companies that send you bills. Be sure to have your bill handy.
2. **Pay** with your credit card. You can even schedule automatic payments.
3. **Relax** knowing your bills are paid on time.

Account Number:
▉▉▉▉▉▉▉▉ 2142
Page 002 of 003

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 2-08 | 2-09 | 24445008040400117638320 | WM SUPERCENTER #1420    STREAMWOOD IL | $28.29 |
| 2-08 | 2-09 | 24427338039720021397929 | JEWEL #3246  CAROL STREAM IL | $15.85 |
| 2-08 | 2-09 | 24224438040101062615789 | PATEL BROTHERS  HANOVER PARK IL | $8.50 |
| 2-08 | 2-09 | 24226388040091007180903 | WAL-MART #1420 STREAMWOOD IL | $23.33 |
| 2-08 | 2-12 | 24269798040500624945915 | SHIVAM GROCERS - BUTTITTA STREAMWOOD IL | $16.33 |
| 2-14 | 2-15 | 24224438046103017669078 | PATEL BROTHERS  HANOVER PARK IL | $8.47 |
| 2-14 | 2-16 | 24164078046255162082285 | SUBWAY    00056127  CAROL STREAM IL | $5.39 |
| 2-16 | 2-20 | 24224438048101070201274 | PATEL BROTHERS  HANOVER PARK IL | $8.12 |
| 2-16 | 2-20 | 24226388048091004772034 | WAL-MART #1553 BLOOMINGDALE IL | $19.06 |
| 2-16 | 2-20 | 24226388048091006194659 | WAL-MART #1553 BLOOMINGDALE IL | $6.43 |
| 2-21 | 2-22 | 24224438053101058611642 | PATEL BROTHERS  HANOVER PARK IL | $6.14 |
| 2-22 | 2-26 | 24638588054030049261854 | LUX CLEANERS AND TAILOR IN HANOVER PARK IL | $12.25 |
| 2-24 | 2-26 | 24224438056101068557397 | PATEL BROTHERS  HANOVER PARK IL | $8.03 |
| 3-02 | 3-05 | 24445008062400120267268 | WM SUPERCENTER #1553   BLOOMINGDALE IL | $50.00 |
| 3-02 | 3-05 | 24445008062400120267343 | WM SUPERCENTER #1553   BLOOMINGDALE IL | $13.14 |
| 3-05 | 3-06 | 24122548065744000014098 | BP#9178419ARMYTRAIL BP A  CAROL STREAM IL | $25.00 |
| 3-06 | 3-07 | 24224438066102026469872 | PATEL BROTHERS  HANOVER PARK IL | $14.13 |
| 3-06 | 3-07 | 24224438066102026469911 | PATEL BROTHERS  HANOVER PARK IL | $7.41 |
| **Fees** | | | | |
| 3-05 | 3-07 | 74680128066000066062000 | LATE FEE | $24.00 |
| Total Fees For This Period | | | | $24.00 |
| | | | | |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $16.75 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $16.75 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.　　　　(v) Variable Rate　(f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.49% (v) | N/A | $1,206.47 | 29 | $16.75 |
| Cash Advance | 20.49% (v) | N/A | $0.00 | 29 | $0.00 |

2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................................. | $24.00 |
| Total interest charged in 2018 | ................................................. | $42.35 |

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for
additional benefits under your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

Page 003 of 003

Use these checks on Balance Transfers that post by 5/21/2018

to receive a low 5.99% APR* FIXED for LIFE with this offer.

| Interest and Fee Information | |
|---|---|
|  **APR for Check Transactions** | 5.99% fixed (Promotional APR* until paid in full). |
| **Use by Date** | These checks must post to your account by 5/21/2018 for the promotional APR to apply. Checks which do not post to your account by 5/21/2018 will not be honored. |
| **Fee** | None.  (There is No Balance Transfer Fee with this offer.) |
| **Paying Interest** | We will begin charging interest on these checks on the transaction date. |

*IMPORTANT INFORMATION: Use check #4969 or check #4970 to receive a Promotional Offer ANNUAL PERCENTAGE RATE of 5.99% fixed (a daily periodic rate of 0.0164%).

For balance transfers not made with these checks, a balance transfer fee of either $5 or 3.00% of the amount of each transfer, whichever is greater, will be applied.

This APR does not apply to purchases and cash advances made with your credit card.  We reserve the right to change your account terms for reasons described in your Cardmember Agreement.  Any APR labeled as "fixed" will not increase for any reason.  See reverse side for ADDITIONAL IMPORTANT INFORMATION.

You must pay your entire statement balance (including all promotional purchase and balance transfer balances) by the due date each month to avoid being charged interest on new purchases from the date those purchases are made, unless your new purchases are subject to a 0% interest rate.





FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

## CHANGE OF ADDRESS, PHONE, OR E-MAIL

| | |
|---|---|
| Address | _____ |
| Apt/Bldg# | _____ |
| City | _____ |
| State, ZIP | _____ |
| Home Phone | _____ |
| Work Phone | _____ |
| Cell Phone | _____ |
| E-mail Address | _____ |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DEC 27

FNBO DECLARATION EXHIBIT 1



NEW YORK LIFE

 VISA

| Account Number: | | ............................ 2142 |
| New Balance: | ............................ | $1,167.19 |
| Minimum Payment Due: | ................ | $327.00 |
| Payment Due Date: | ................ | April 4, 2019 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ▯▯▯▯▯▯▯ .▯▯

2253     073038

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

ANUPKUMAR H PARMAR

████████ 60133-6038

Change of Address? If yes, please
complete reverse side.

██████2142    0000000032700    0000000116719

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
███████2142
Page 001 of 002

 Account Summary

| Previous Balance | ............... | $1,113.66 |
| Payments | ............................ | -$0.00 |
| Other Credits | ........................ | -$0.00 |
| Purchases | ............................ | +$0.00 |
| Balance Transfers | ................ | +$0.00 |
| Cash Advances | ........................ | +$0.00 |
| Fees Charged | ........................ | +$37.00 |
| Interest Charged | .................... | +$16.53 |
| New Balance | ........................ | $1,167.19 |
| Statement Closing Date | ....... | 03/06/19 |
| Days in Billing Cycle | ............ | 29 |
| Total Credit Limit | ................ | $2,000.00 |
| Available Credit | .................... | $0.00 |
| Cash Limit | ........................ | $400.00 |
| Available Cash | .................... | $0.00 |

Payment Information

| New Balance | ............................................... | $1,167.19 |
| Minimum Payment Due | ............................... | $327.00 |
| Past Due Amount | ............................... | $263.00 |
| Payment Due Date | ............................... | April 4, 2019 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up
to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 8  years | $2,118 |
| $42 | 3 years | $1,512 (Savings $606) |

If you would like information about credit counseling services, call 1-866-486-6322.

👤 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

💡 Smart Tips

Did you know?  A big part of your score depends on the percentage of your available credit you're using, so
a higher balance can lower that percentage against your available credit limit.

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Fees | | | | |
| 3-04 | 3-06 | 74680129065000065062000 | LATE FEE | $37.00 |
| Total Fees For This Period | | | | $37.00 |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $16.52 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $16.53 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.                (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.49% (v) | N/A | $1,124.40 | 29 | $16.52 |
| Cash Advance | 21.49% (v) | N/A | $1.00 | 29 | $0.01 |

2019 Total Year-to-Date

| Total fees charged in 2019 | ........................................... | $111.00 |
| Total interest charged in 2019 | ........................................... | $48.55 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



## Pay bills with your credit card!

Your credit card is the faster, easier way to pay your monthly and recurring bills. There's no need to write checks, buy stamps or worry about delays in the mail. Plus you can view all your payments in one place on your monthly card statement.

*Pay all kinds of bills with your credit card. Here's how:*

1. **Contact** the companies that send you bills. Be sure to have your bill handy.
2. **Pay** with your credit card. You can even schedule automatic payments.
3. **Relax** knowing your bills are paid on time.

Account Number:
▬▬▬▬▬▬ 2142
Page 002 of 002

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

For additional information regarding SCRA benefits, please call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DEC 29

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

**CHANGE OF ADDRESS, PHONE, OR E-MAIL**

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:** Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| | | |
|---|---|---|
| Account Number: | ............ | 2142 |
| New Balance | ........................ | $398.33 |
| Minimum Payment Due | ............ | $20.00 |
| Payment Due Date: | ............ | May 4, 2017 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ _____ . ____

2253    081066

ANUPKUMAR H PARMAR

██████████ 60133-6038

Change of Address?  If yes, please
complete reverse side.

██████████2142   0000000002000    0000000039833

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: ██████████2142

Page 001 of 002



### Account Summary

| | | |
|---|---|---|
| Previous Balance | ..................... | $469.73 |
| Payments | ........................... | -$150.00 |
| Other Credits | ..................... | -$0.00 |
| Purchases | ........................ | +$73.51 |
| Balance Transfers | ................. | +$0.00 |
| Cash Advances | ................... | +$0.00 |
| Fees Charged | ..................... | +$0.00 |
| Interest Charged | .................... | +$5.09 |
| New Balance | ..................... | $398.33 |
| | | |
| Statement Closing Date | ............ | 04/06/17 |
| Days in Billing Cycle | ............... | 30 |
| | | |
| Total Credit Limit | ............... | $2,400.00 |
| Available Credit | ............... | $2,001.00 |
| Cash Limit | ..................... | $480.00 |
| Available Cash | .................... | $480.00 |

### Payment Information

| | | |
|---|---|---|
| New Balance | ................................ | $398.33 |
| Minimum Payment Due | .......................... | $20.00 |
| Past Due Amount | ................................ | $0.00 |
| Payment Due Date | ................. | May 4, 2017 |

 **Late Payment Warning:**  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

**Minimum Payment Warning:**  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 2  years | $468 |

If you would like information about credit counseling services, call 1-866-486-6322.

---

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

---

 **Smart Tips**

Avoid Credit Card Fraud
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have been known to pose as credit card issuers and other businesses to trick you into giving out your credit card number. Legitimate companies don't call you to ask for a credit card number over the phone.

---

Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 74 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 74 | Total points earned this month |
| 0 | Points redeemed this month |
| 3,796 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to 11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

---

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 3-10 | 3-13 | 74418007072034072019126 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| Transactions | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



**THANKS**

for being our
cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

**Contact us 24 hours a day by phone or online.**

Account Number:
2142
Page 002 of 002

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 3-13 | 3-15 | 24269797073100244597859 | WINE AND LIQUOR HANOVER PARK IL | $12.14 |
| 3-14 | 3-15 | 24013397073002121139318 | MO LIQUOR CAROL STREAM IL | $24.76 |
| 3-27 | 3-29 | 24269797087100245487856 | WINE AND LIQUOR HANOVER PARK IL | $6.45 |
| 4-01 | 4-03 | 24013397091000159176700 | MO LIQUOR CAROL STREAM IL | $30.16 |

Fees
Total Fees For This Period $0.00

Interest Charged
Interest Charge on Purchases $5.09
Interest Charge on Cash Advances $0.00
Interest Charge on Balances Transfers $0.00
Total Interest For This Period $5.09

Your Annual Percentage Rate (APR) is the annual interest rate on your account.       (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.74% (v) | $370.47 | 30 | $5.09 |
| Cash Advance | 19.74% (v) | $0.00 | 30 | $0.00 |

2017 Total Year-to-Date

Total fees charged in 2017 ............................................ $20.00
Total interest charged in 2017 ............................................ $28.49

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

**CHANGE OF ADDRESS, PHONE, OR E-MAIL**

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| | |
|---|---|
| Account Number: | 2142 |
| New Balance: | $1,414.74 |
| Minimum Payment Due: | $33.00 |
| Payment Due Date: | May 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ .

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    082817

ANUPKUMAR H PARMAR

60133-6038

Change of Address?  If yes, please
complete reverse side.

2142   0000000003300   0000000141474

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: 2142

Page 001 of 002

 Account Summary

| | |
|---|---|
| Previous Balance | $1,360.44 |
| Payments | -$150.00 |
| Other Credits | -$0.00 |
| Purchases | +$184.33 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$19.97 |
| New Balance | $1,414.74 |
| Statement Closing Date | 04/05/18 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $3,150.00 |
| Available Credit | $1,735.00 |
| Cash Limit | $650.00 |
| Available Cash | $650.00 |

Payment Information

| | |
|---|---|
| New Balance | $1,414.74 |
| Minimum Payment Due | $33.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | May 4, 2018 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 10  years | $2,718 |
| $51 | 3 years | $1,836 (Savings $882) |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Online!

Call: Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

Smart Tips

Avoid Credit Card Fraud
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have
been known to pose as credit card issuers and other businesses to trick you into giving out your credit card
number. Legitimate companies don't call you to ask for a credit card number over the phone.

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 185 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 185 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,430 | Current point balance |

Points expiring on your next statement closing date ...................92
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 3-26 | 3-26 | 744180080850272555037139 | PAYMENT - THANK YOU | $150.00 (CR) |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1

# THANK YOU

for being our cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

**Contact us 24 hours a day by phone or online.**

Account Number:
██████ 2142
Page 002 of 002

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Transactions | | | | |
| 3-08 | 3-09 | 24226388068091003272238 | WAL-MART #1553  BLOOMINGDALE IL | $19.15 |
| 3-10 | 3-12 | 24224438070103017370460 | PATEL BROTHERS  HANOVER PARK IL | $12.15 |
| 3-15 | 3-16 | 24226388075091008780914 | WAL-MART #1420 STREAMWOOD IL | $102.53 |
| 3-24 | 3-26 | 24445008084100315130040 | DOLLAR GENERAL #12263  CAROL STREAM IL | $7.33 |
| 3-26 | 3-27 | 24224438086102024624085 | PATEL BROTHERS  HANOVER PARK IL | $23.17 |
| 3-30 | 4-02 | 24122548090744001437408 | BP#9178187COUNTY FARM RD    BARTLETT IL | $20.00 |

**Fees**

| | |
|---|---|
| Total Fees For This Period | $0.00 |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $19.97 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $19.97 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate  (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.49% (v) | N/A | $1,438.33 | 29 | $19.97 |
| Cash Advance | 20.49% (v) | N/A | $0.00 | 29 | $0.00 |

**2018 Total Year-to-Date**

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................................ | $24.00 |
| Total interest charged in 2018 | ................................................ | $62.32 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| | |
|---|---|
| Account Number: | 2142 |
| New Balance: | $520.18 |
| Minimum Payment Due: | $51.00 |
| Payment Due Date: | June 4, 2017 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

$

2253    080465

ANUPKUMAR H PARMAR

Change of Address?  If yes, please
complete reverse side.

60133-6038

2142   0000000005100   0000000052018

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142
Page 001 of 002

 Account Summary

| | | |
|---|---|---|
| Previous Balance | | $398.33 |
| Payments | | -$0.00 |
| Other Credits | | -$0.00 |
| Purchases | | +$94.88 |
| Balance Transfers | | +$0.00 |
| Cash Advances | | +$0.00 |
| Fees Charged | | +$20.00 |
| Interest Charged | | +$6.97 |
| New Balance | | $520.18 |
| | | |
| Statement Closing Date | | 05/08/17 |
| Days in Billing Cycle | | 32 |
| | | |
| Total Credit Limit | | $2,400.00 |
| Available Credit | | $1,879.00 |
| Cash Limit | | $480.00 |
| Available Cash | | $480.00 |

 Payment Information

| | | |
|---|---|---|
| New Balance | | $520.18 |
| Minimum Payment Due | | $51.00 |
| Past Due Amount | | $20.00 |
| Payment Due Date | | June 4, 2017 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| | If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|---|
| Only the minimum payment | | 3 years | $641 |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Onlinel

Call : Toll Free 1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 Smart Tips

Keeping up with your credit card bills is just part of the picture when it comes to healthy credit.  If you default
on your utility bills, that shows up on your report and can translate into higher rates on your other debt as a
result -- so make sure to pay every bill, every month.

Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 95 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 95 | Total points earned this month |
| 0 | Points redeemed this month |
| 3,891 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha                See reverse for additional information.

Continued next page

# Move your higher rate balances from other credit cards to this account!

To transfer a balance, just *log in* to your account online and select the **Payments & Transfers** tab.

Then *click* on Transfer Credit Card Balance to *view* your balance transfer offers.



Account Number:
2142
Page 002 of 002

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Transactions | | | | |
| 4-05 | 4-07 | 2426979709610028694486 | WINE AND LIQUOR HANOVER PARK IL | $13.07 |
| 4-13 | 4-14 | 2401339710300199526114 | MO LIQUOR CAROL STREAM IL | $30.16 |
| 4-16 | 4-17 | 2401339710600250611833 | MO LIQUOR CAROL STREAM IL | $16.14 |
| 4-18 | 4-20 | 2426979710910029198743 | WINE AND LIQUOR HANOVER PARK IL | $19.08 |
| 5-02 | 5-03 | 2401339712200026616938 | MO LIQUOR CAROL STREAM IL | $4.29 |
| 5-03 | 5-05 | 2426979712410035375905 | WINE AND LIQUOR HANOVER PARK IL | $12.14 |
| Fees | | | | |
| 5-04 | 5-08 | 7468012712800012806200 | LATE FEE | $20.00 |
| Total Fees For This Period | | | | $20.00 |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $6.97 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $6.97 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.　　　(v) Variable Rate　　(f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.99% (v) | $469.59 | 32 | $6.97 |
| Cash Advance | 19.99% (v) | $0.00 | 32 | $0.00 |

2017 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | ................................................. | $40.00 |
| Total interest charged in 2017 | ................................................. | $35.46 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

| | |
|---|---|
| Address | |
| Apt/Bldg# | |
| City | |
| State, ZIP | |
| Home Phone | |
| Work Phone | |
| Cell Phone | |
| E-mail Address | |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.

- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| | | |
|---|---|---|
| Account Number: | ................. | 2142 |
| New Balance: | ................. | $1,592.94 |
| Minimum Payment Due: | ................. | $104.00 |
| Payment Due Date: | ................. | June 4, 2018 |

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    077982

ANUPKUMAR H PARMAR

60133-6038

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . ____

Change of Address?  If yes, please
complete reverse side.

2142   0000000010400    0000000159294

**PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT**

New York Life  Visa®

Account Number: 2142

Page 001 of 002

### Account Summary

| | | |
|---|---|---|
| Previous Balance | ................. | $1,414.74 |
| Payments | ................. | -$0.00 |
| Other Credits | ................. | -$0.00 |
| Purchases | ................. | +$122.21 |
| Balance Transfers | ................. | +$0.00 |
| Cash Advances | ................. | +$0.00 |
| Fees Charged | ................. | +$33.00 |
| Interest Charged | ................. | +$22.99 |
| New Balance | ................. | $1,592.94 |
| | | |
| Statement Closing Date | ................. | 05/07/18 |
| Days in Billing Cycle | ................. | 32 |
| | | |
| Total Credit Limit | ................. | $3,150.00 |
| Available Credit | ................. | $1,557.00 |
| Cash Limit | ................. | $650.00 |
| Available Cash | ................. | $650.00 |

### Payment Information

| | | |
|---|---|---|
| New Balance | ................. | $1,592.94 |
| Minimum Payment Due | ................. | $104.00 |
| Past Due Amount | ................. | $33.00 |
| Payment Due Date | ................. | June 4, 2018 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 11  years | $3,135 |
| $57 | 3 years | $2,052 (Savings $1,083) |

If you would like information about credit counseling services, call 1-866-486-6322.

  Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

### Smart Tips

Keeping up with your credit card bills is just part of the picture when it comes to healthy credit.  If you default
on your utility bills, that shows up on your report and can translate into higher rates on your other debt as a
result -- so make sure to pay every bill, every month.

### REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 123 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 123 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,461 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha         See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1

# OUR COMMITMENT TO YOU

We are committed to providing our customers
with quality products, superior service,
and our continued support and respect.

Account Number:
▬▬▬▬▬ 2142
Page 002 of 002

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 4-09 | 4-10 | 2412254810074400180522 | BP#9178187COUNTY FARM RD   BARTLETT IL | $15.00 |
| 4-21 | 4-23 | 2412254811274400185641 | BP#9178419ARMYTRAIL BP A  CAROL STREAM IL | $20.00 |
| 4-22 | 4-23 | 2422443811310402158490 | PATEL BROTHERS  HANOVER PARK IL | $6.19 |
| 4-25 | 4-26 | 2422443811610202508248 | PATEL BROTHERS  HANOVER PARK IL | $18.11 |
| 4-25 | 4-26 | 2422443811610202508249 | PATEL BROTHERS  HANOVER PARK IL | $1.52 |
| 4-25 | 4-26 | 2422443811610202508260 | PATEL BROTHERS  HANOVER PARK IL | $9.98 |
| 4-27 | 4-30 | 2449813811903010689633 | AMBICA FOOD BLOOMINGDALE IL | $4.31 |
| 4-27 | 4-30 | 2444508118001002332790 | DOLLAR TREE BLOOMINGDALE IL | $2.15 |
| 4-27 | 4-30 | 2416407811825514228740 | SUBWAY     00056127  CAROL STREAM IL | $5.39 |
| 5-02 | 5-03 | 2422443812310106402424 | PATEL BROTHERS  HANOVER PARK IL | $18.22 |
| 5-04 | 5-07 | 2405523812520092180005 | OBERWEIS BLOOMINGDALE BLOOMINGDALE IL | $21.34 |
| **Fees** | | | | |
| 5-04 | 5-07 | 7468012812700012706200 | LATE FEE | $33.00 |
| **Total Fees For This Period** | | | | $33.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $22.99 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | $22.99 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.74% (v) | N/A | $1,479.26 | 32 | $22.99 |
| Cash Advance | 20.74% (v) | N/A | $0.00 | 32 | $0.00 |

2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................. | $57.00 |
| Total interest charged in 2018 | ................................. | $85.31 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

**CHANGE OF ADDRESS, PHONE, OR E-MAIL**

| | |
|---|---|
| Address | _____ |
| Apt/Bldg# | _____ |
| City | _____ |
| State, ZIP | _____ |
| Home Phone | _____ |
| Work Phone | _____ |
| Cell Phone | _____ |
| E-mail Address | _____ |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | ......................... 2142 |
| New Balance: | ......................... $498.57 |
| Minimum Payment Due: | ................. $20.00 |
| Payment Due Date: | ............... July 4, 2017 |

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    085255

ANUPKUMAR H PARMAR

██████████ 60133-6038

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ███████████ . ███

Change of Address?  If yes, please
complete reverse side.

████████92142   0000000002000    0000000049857

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: ████████ 2142
Page 001 of 002

 Account Summary

| Previous Balance | ..................... | $520.18 |
| Payments | ............................ | -$150.00 |
| Other Credits | .................... | -$0.00 |
| Purchases | ...................... | +$121.36 |
| Balance Transfers | ................. | +$0.00 |
| Cash Advances | ...................... | +$0.00 |
| Fees Charged | ...................... | +$0.00 |
| Interest Charged | .................... | +$7.03 |
| New Balance | ...................... | $498.57 |
| Statement Closing Date | ....... | 06/07/17 |
| Days in Billing Cycle | ............. | 30 |
| Total Credit Limit | ............... | $2,400.00 |
| Available Credit | ............... | $1,901.00 |
| Cash Limit | ...................... | $480.00 |
| Available Cash | ...................... | $480.00 |

 Payment Information

| New Balance | ........................................... | $498.57 |
| Minimum Payment Due | ............................ | $20.00 |
| Past Due Amount | ...................................... | $0.00 |
| Payment Due Date | ................................... | July 4, 2017 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
| --- | --- | --- |
| Only the minimum payment | 3  years | $613 |

If you would like information about credit counseling services, call 1-866-486-6322.

🛎 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

💡 Smart Tips

Did you know that a good credit score may help you land a better job?  Many employers check credit
histories of prospective employees, so responsible credit management can help you sleep better-
and even live better!

 Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| 122 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 122 | Total points earned this month |
| 0 | Points redeemed this month |
| 4,013 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
| --- | --- | --- | --- | --- |
| | | | Payments and Other Credits | |
| 5-22 | 5-23 | 74418007143034143026626 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| | | | Transactions | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



Account Number:
2142
Page 002 of 002

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 5-09 | 5-11 | 24269797130100296003830 | WINE AND LIQUOR HANOVER PARK IL | $13.55 |
| 5-14 | 5-15 | 24224437135104014450177 | PAUL'S PANTRY & LIC AROL STREAM IL | $5.33 |
| 5-15 | 5-16 | 24013397135002291162900 | MO LIQUOR CAROL STREAM IL | $6.45 |
| 5-15 | 5-16 | 24013397135002291162730 | MO LIQUOR CAROL STREAM IL | $19.38 |
| 5-22 | 5-23 | 24013397142003398161760 | MO LIQUOR CAROL STREAM IL | $17.81 |
| 5-22 | 5-24 | 24269797143100310586618 | WINE AND LIQUOR HANOVER PARK IL | $6.62 |
| 5-23 | 5-24 | 24013397143003555524564 | MO LIQUOR CAROL STREAM IL | $7.53 |
| 6-01 | 6-02 | 24427337152720024145573 | JEWEL #3246  CAROL STREAM IL | $44.69 |

Fees

| | |
|---|---|
| Total Fees For This Period | $0.00 |

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $7.03 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $7.03 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.99% (v) | $505.63 | 30 | $7.03 |
| Cash Advance | 19.99% (v) | $0.00 | 30 | $0.00 |

2017 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2017 ................................................. | $40.00 |
| Total interest charged in 2017 ................................................. | $42.49 |

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for
additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1







First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    077885

█████████████
████████ 60133-6038

| Account Number: | ████████ 2142 |
| New Balance: | $1,490.81 |
| Minimum Payment Due: | $36.00 |
| Payment Due Date: | July 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . _____

Change of Address?  If yes, please
complete reverse side.

███████████2142    0000000003600    0000000149081

---

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: ████████ 2142

Page 001 of 002



**Account Summary**

| | | |
|---|---|---|
| Previous Balance | .................... | $1,592.94 |
| Payments | .................... | -$200.00 |
| Other Credits | .................... | -$0.00 |
| Purchases | .................... | +$75.87 |
| Balance Transfers | .................... | +$0.00 |
| Cash Advances | .................... | +$0.00 |
| Fees Charged | .................... | +$0.00 |
| Interest Charged | .................... | +$22.00 |
| New Balance | .................... | $1,490.81 |
| | | |
| Statement Closing Date | .................... | 06/06/18 |
| Days in Billing Cycle | .................... | 30 |
| | | |
| Total Credit Limit | .................... | $3,150.00 |
| Available Credit | .................... | $1,659.00 |
| Cash Limit | .................... | $650.00 |
| Available Cash | .................... | $650.00 |

**Payment Information**

| | |
|---|---|
| New Balance | $1,490.81 |
| Minimum Payment Due | $36.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | July 4, 2018 |

⚠️ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠️ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 10  years | $2,928 |
| $54 | 3 years | $1,944 (Savings $984) |

If you would like information about credit counseling services, call 1-866-486-6322.

---

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

---

 **Smart Tips**

Did you know that a good credit score may help you land a better job?  Many employers check credit
histories of prospective employees, so responsible credit management can help you sleep better-
and even live better!

---

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 76 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 76 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,537 | Current point balance |

Points expiring on your next statement closing date ....................121
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

---

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 5-14 | 5-14 | 74418008134027555055508 | PAYMENT - THANK YOU | $200.00 (CR) |
| Transactions | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



Account Number: ████████2142

Page 002 of 002

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 5-08 | 5-09 | 24431068129400940000161 | PIZZA HUT 034082  CAROL STREAM IL | $12.91 |
| 5-08 | 5-09 | 24122548129744002550358 | BP#9178419ARMYTRAIL BP A  CAROL STREAM IL | $29.00 |
| 5-10 | 5-11 | 24224438131103018671724 | PATEL BROTHERS  HANOVER PARK IL | $8.98 |
| 5-12 | 5-14 | 24224438133101074773454 | PATEL BROTHERS  HANOVER PARK IL | $15.97 |
| 5-31 | 6-04 | 24498138152030052826840 | OGDEN WINE & SPIRIT NAPERVILLE IL | $9.01 |

Fees

| | |
|---|---|
| Total Fees For This Period | $0.00 |

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $22.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $22.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.       (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.74% (v) | N/A | $1,509.98 | 30 | $22.00 |
| Cash Advance | 20.74% (v) | N/A | $0.00 | 30 | $0.00 |

2018 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2018 ................................. | $57.00 |
| Total interest charged in 2018 ................................. | $107.31 |

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for
additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.

- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1



 VISA

| | |
|---|---|
| Account Number: | ███████ 2142 |
| New Balance: | $544.68 |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | August 4, 2017 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ _____ . ____

2253    051856

Change of Address?  If yes, please
complete reverse side.

 00133-6038

██████142   0000000002000   0000000054468

---

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
██████
Page 001 of 003

 Account Summary

| | |
|---|---|
| Previous Balance | $498.57 |
| Payments | -$150.00 |
| Other Credits | -$0.00 |
| Purchases | +$189.08 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$57.03 |
| New Balance | $544.68 |
| | |
| Statement Closing Date | 07/07/17 |
| Days in Billing Cycle | 30 |
| | |
| Total Credit Limit | $2,700.00 |
| Available Credit | $2,155.00 |
| Cash Limit | $550.00 |
| Available Cash | $550.00 |

Payment Information

| | |
|---|---|
| New Balance | $544.68 |
| Minimum Payment Due | $20.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | August 4, 2017 |

Late Payment Warning:  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 3  years | $686 |

If you would like information about credit counseling services, call 1-866-486-6322.

---

 Customer Service

Save Time and Stamps
by Paying Onlinel

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

---

 Smart Tips

Avoid Credit Card Fraud

Do not give out your account number over the phone unless you initiate the call. Credit card thieves have been known to pose as credit card issuers and other businesses to trick you into giving out your credit card number. Legitimate companies don't call you to ask for a credit card number over the phone.

---

 Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 190 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 190 | Total points earned this month |
| 0 | Points redeemed this month |
| 4,203 | Current point balance |

Points expiring on your next statement closing date .....................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to 11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

---

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 6-22 | 6-23 | 74418007174034174012966 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| Transactions | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1

# PAY BILLS THE EASY WAY

### Simply use your credit card

Your credit card is the faster, easier way to pay your monthly and recurring bills. There's no need to write checks, buy stamps or worry about delays in the mail. Plus you can view all your payments in one place on your monthly card statement. Pay all kinds of bills with your credit card.



1. **Contact** the companies that send you bills. Be sure to have your bill handy.

2. **Pay** with your credit card. You can even schedule automatic payments.

3. **Relax** knowing your bills are paid on time.

Account Number:

▬▬▬▬▬▬▬

Page 002 of 003

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 6-08 | 6-09 | 24427337159720024263454 | JEWEL #3246   CAROL STREAM IL | $26.93 |
| 6-17 | 6-19 | 24013397168002836208758 | MO LIQUOR CAROL STREAM IL | $33.72 |
| 6-20 | 6-21 | 24013397171003308171563 | MO LIQUOR CAROL STREAM IL | $6.65 |
| 6-27 | 6-28 | 24445007179600174295014 | WALGREENS #6885   WISCONSIN DEL WI | $45.87 |
| 6-30 | 7-03 | 24427337181720028273394 | JEWEL #3246   CAROL STREAM IL | $26.93 |
| 7-05 | 7-06 | 24055227187400853000149 | WINE & LIQUOR HANOVER PARK IL | $12.17 |
| 7-06 | 7-07 | 24013397187000945236735 | MO LIQUOR CAROL STREAM IL | $36.81 |

Fees

Total Fees For This Period $0.00

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $7.03 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $7.03 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.99% (v) | $504.20 | 30 | $7.03 |
| Cash Advance | 19.99% (v) | $0.00 | 30 | $0.00 |

2017 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | ................................................. | $40.00 |
| Total interest charged in 2017 | ................................................. | $49.52 |

Additional Information Regarding Your Account

CONGRATULATIONS!  We have raised your credit limit!
Your new credit limit is $2,700.00.  Your cash limit is $550.00.
Your cash limit is the part of your total credit limit that can be used for cash type transactions.
You can still use your total credit limit for purchases.

FNBO DECLARATION EXHIBIT 1

Page 003 of 003

Use these checks on Balance Transfers that post by 9/12/2017

to receive a low 5.99% APR* FIXED for LIFE with this offer.

| Interest and Fee Information | |
| --- | --- |
| **APR for Check Transactions** | 5.99% fixed (Promotional APR* until paid in full). |
| **Use by Date** | These checks must post to your account 9/12/2017 for the promotional APR to apply. Checks which do not post to your account by 9/12/2017 will not be honored. |
| **Fee** | None.  (There is No Balance Transfer Fee with this offer.) |
| **Paying Interest** | We will begin charging interest on these checks on the transaction date. |

*IMPORTANT INFORMATION: Use check #4929 or check #4930 to receive a Promotional Offer ANNUAL PERCENTAGE RATE of 5.99% fixed (a daily periodic rate of 0.0164%).

For balance transfers not made with these checks, a balance transfer fee of either $5 or 3.00% of the amount of each transfer, whichever is greater, will be applied.

This APR does not apply to purchases and cash advances made with your credit card.  We reserve the right to change your account terms for reasons described in your Cardmember Agreement.  Any APR labeled as "fixed" will not increase for any reason.  See reverse side for ADDITIONAL IMPORTANT INFORMATION.

You must pay your entire statement balance (including all promotional purchase and balance transfer balances) by the due date each month to avoid being charged interest on new purchases from the date those purchases are made, unless your new purchases are subject to a 0% interest rate.





A104914018A1127400871133C38866

A104914018A1127400871133C38866

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | 2142 |
| New Balance: | ........................... $1,659.72 |
| Minimum Payment Due: | ..................... $47.00 |
| Payment Due Date: | ........... August 4, 2018 |

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . ____

2253    076593

ANUPKUMAR H PARMAR

60133-6038

Change of Address? If yes, please
complete reverse side.

2142   0000000004700    0000000165972

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

 Account Summary

Account Number: 2142

Page 001 of 002

 Payment Information

| Previous Balance | ........................ | $1,490.81 |
| Payments | ............................... | -$100.00 |
| Other Credits | ........................ | -$0.00 |
| Purchases | ........................ | +$21.98 |
| Balance Transfers | ................. | +$0.00 |
| Cash Advances | ................. | +$215.99 |
| Fees Charged | ................. | +$6.47 |
| Interest Charged | ..................... | +$24.47 |
| New Balance | ..................... | $1,659.72 |
| | | |
| Statement Closing Date | ........... | 07/06/18 |
| Days in Billing Cycle | ................. | 30 |
| | | |
| Total Credit Limit | ............... | $3,150.00 |
| Available Credit | ............... | $1,490.00 |
| Cash Limit | ............... | $650.00 |
| Available Cash | ..................... | $424.00 |

| New Balance | ........................................ | $1,659.72 |
| Minimum Payment Due | ........................................... | $47.00 |
| Past Due Amount | ........................................... | $0.00 |
| Payment Due Date | | August 4, 2018 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 12  years | $3,563 |
| $60 | 3 years | $2,160 (Savings $1,403) |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Online!

Call: Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

Smart Tips

Avoid Credit Card Fraud
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have
been known to pose as credit card issuers and other businesses to trick you into giving out your credit card
number. Legitimate companies don't call you to ask for a credit card number over the phone.

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| 22 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 22 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,438 | Current point balance |

Points expiring on your next statement closing date ....................58
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 6-14 | 6-14 | 7441800816502755504876 | PAYMENT - THANK YOU | $100.00 (CR) |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DEC 53

# PAY BILLS THE EASY WAY

## Simply use your credit card

Your credit card is the faster, easier way to pay your monthly and recurring bills. There's no need to write checks, buy stamps or worry about delays in the mail. Plus you can view all your payments in one place on your monthly card statement. Pay all kinds of bills with your credit card.



**1. Contact** the companies that send you bills. Be sure to have your bill handy.

**2. Pay** with your credit card. You can even schedule automatic payments.

**3. Relax** knowing your bills are paid on time.

Account Number: ▇▇▇▇ 2142

Page 002 of 002

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Transactions | | | | |
| 6-09 | 6-11 | 24055228161400851000263 | WINE & LIQUOR HANOVER PARK IL | $12.49 |
| 6-10 | 6-11 | 24055228162400853000213 | WINE & LIQUOR HANOVER PARK IL | $9.49 |
| 6-10 | 6-12 | 24684078162004294737413 | EVI*GRAND VICTORIA CASINO ELGIN IL | $215.99 |
| Fees | | | | |
| 6-10 | 6-12 | 74680128163000163080338 | CASH EQUIV FEE 07     215.99 | $6.47 |
| Total Fees For This Period | | | | $6.47 |
| | | | | |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $21.04 |
| Interest Charge on Cash Advances | | | | $3.43 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $24.47 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.     (v) Variable Rate     (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.74% (v) | N/A | $1,444.59 | 30 | $21.04 |
| Cash Advance | 20.74% (v) | N/A | $201.69 | 30 | $3.43 |

### 2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................................ | $63.47 |
| Total interest charged in 2018 | ................................................ | $131.78 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address
Apt/Bldg#
City
State, ZIP
Home Phone
Work Phone
Cell Phone
E-mail Address

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1






| | |
|---|---|
| Account Number: | ███████ 2142 |
| New Balance: | ..................... $672.00 |
| Minimum Payment Due: | ................... $55.00 |
| Payment Due Date: | ...... September 4, 2017 |

Make checks payable to First Bankcard



First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    051385

███████████
██████ 60133-6038

Amount of Payment Enclosed

$ ▢▢▢▢▢▢▢▢ . ▢▢

Change of Address?  If yes, please
complete reverse side.

████████████  0000000005500     0000000067200

**PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT**

New York Life  Visa®

  Account Summary

| | |
|---|---|
| Previous Balance | .......................... $544.68 |
| Payments | .......................... -$0.00 |
| Other Credits | .......................... -$0.00 |
| Purchases | .......................... +$98.33 |
| Balance Transfers | .......................... +$0.00 |
| Cash Advances | .......................... +$0.00 |
| Fees Charged | .......................... +$20.00 |
| Interest Charged | .......................... +$8.99 |
| New Balance | .......................... $672.00 |
| | |
| Statement Closing Date | ............. 08/08/17 |
| Days in Billing Cycle | .................... 32 |
| | |
| Total Credit Limit | ............. $2,700.00 |
| Available Credit | ............. $2,028.00 |
| Cash Limit | ............. $550.00 |
| Available Cash | ............. $550.00 |

Account Number:
███████ 2142
Page 001 of 003

Payment Information

| | |
|---|---|
| New Balance | ........................................... $672.00 |
| Minimum Payment Due | ................................... $55.00 |
| Past Due Amount | ........................................... $20.00 |
| Payment Due Date | ........................ September 4, 2017 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 4  years | $898 |
| $24 | 3 years | $864 (Savings $34) |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

  Smart Tips

School loans can be a challenge, whether you're going back to school yourself or sending your child off to
college.  Remember that there are many government assistance programs to help. Visit ED.gov for a list!

  Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 99 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 99 | Total points earned this month |
| 0 | Points redeemed this month |
| 4,302 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha                See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



## Thank You!

### for being our cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

**Contact us 24 hours a day by phone or online.**

Account Number:
2142
Page 002 of 003

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 7-19 | 7-20 | 24427337200720023895784 | JEWEL #3246  CAROL STREAM IL | $26.93 |
| 7-25 | 7-26 | 24427337206720023234590 | JEWEL #3246  CAROL STREAM IL | $29.07 |
| 7-29 | 7-31 | 24013397210004890112254 | MO LIQUOR CAROL STREAM IL | $30.16 |
| 8-02 | 8-03 | 24055227215400859000289 | WINE & LIQUOR HANOVER PARK IL | $12.17 |
| **Fees** | | | | |
| 8-04 | 8-08 | 74680127220000220062000 | LATE FEE | $20.00 |
| **Total Fees For This Period** | | | | $20.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $8.99 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | $8.99 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.24% (v) | N/A | $596.29 | 32 | $8.99 |
| Cash Advance | 20.24% (v) | N/A | $0.00 | 32 | $0.00 |

**2017 Total Year-to-Date**

| Total fees charged in 2017 | ........................................ | $60.00 |
|---|---|---|
| Total interest charged in 2017 | ........................................ | $58.51 |

Additional Information Regarding Your Account

We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s). The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs will expire on the Statement Closing Date within the month listed for expiration.

FNBO DECLARATION EXHIBIT 1

Page 003 of 003

Use these checks on Balance Transfers that post by 10/17/2017

to receive a low 5.99% APR* FIXED for LIFE with this offer.

| Interest and Fee Information | |
|---|---|
| **APR for Check Transactions** | 5.99% fixed (Promotional APR* until paid in full). |
| **Use by Date** | These checks must post to your account by 10/17/2017 for the promotional APR to apply. Checks which do not post to your account by 10/17/2017 will not be honored. |
| **Fee** | None. (There is No Balance Transfer Fee with this offer.) |
| **Paying Interest** | We will begin charging interest on these checks on the transaction date. |

*IMPORTANT INFORMATION: Use check #4934 or check #4935 to receive a Promotional Offer ANNUAL PERCENTAGE RATE of 5.99% fixed (a daily periodic rate of 0.0164%).

For balance transfers not made with these checks, a balance transfer fee of either $5 or 3.00% of the amount of each transfer, whichever is greater, will be applied.

This APR does not apply to purchases and cash advances made with your credit card. We reserve the right to change your account terms for reasons described in your Cardmember Agreement. Any APR labeled as "fixed" will not increase for any reason. See reverse side for ADDITIONAL IMPORTANT INFORMATION.

You must pay your entire statement balance (including all promotional purchase and balance transfer balances) by the due date each month to avoid being charged interest on new purchases from the date those purchases are made, unless your new purchases are subject to a 0% interest rate.





FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





2253    075700



60133-6038

| Account Number: | | ▆▆▆▆ 2142 |
|---|---|---|
| New Balance: | .............................. | $1,678.24 |
| Minimum Payment Due: | ..................... | $43.00 |
| Payment Due Date: | ........ | September 4, 2018 |

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ▆▆▆▆▆▆▆▆▆.▆▆

Change of Address?  If yes, please
complete reverse side.

2142   0000000004300    0000000167824

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
▆▆▆▆ 2142
Page 001 of 002



 Account Summary

| | | |
|---|---|---|
| Previous Balance | ...................... | $1,659.72 |
| Payments | ...................... | -$100.00 |
| Other Credits | ...................... | -$0.00 |
| Purchases | ...................... | +$91.81 |
| Balance Transfers | ...................... | +$0.00 |
| Cash Advances | ...................... | +$0.00 |
| Fees Charged | ...................... | +$0.00 |
| Interest Charged | ...................... | +$26.71 |
| New Balance | ...................... | $1,678.24 |
| Statement Closing Date | ...................... | 08/07/18 |
| Days in Billing Cycle | ...................... | 32 |
| Total Credit Limit | ...................... | $3,150.00 |
| Available Credit | ...................... | $1,471.00 |
| Cash Limit | ...................... | $650.00 |
| Available Cash | ...................... | $483.00 |

Payment Information

| | | |
|---|---|---|
| New Balance | ................................................. | $1,678.24 |
| Minimum Payment Due | ...................................... | $43.00 |
| Past Due Amount | | $0.00 |
| Payment Due Date | | September 4, 2018 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 12  years | $3,624 |
| $61 | 3 years | $2,196 (Savings $1,428) |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Onlinel

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 Smart Tips

School loans can be a challenge, whether you're going back to school yourself or sending your child off to
college.  Remember that there are many government assistance programs to help. Visit ED.gov for a listl

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 92 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 92 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,472 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 7-23 | 7-23 | 7441800820402755504122 | PAYMENT - THANK YOU | $100.00 (CR) |
| Transactions | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



## Thank You!

### for being our cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

**Contact us 24 hours a day by phone or online.**

Account Number: ████████ 2142

Page 002 of 002

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 7-13 | 7-16 | 2405522819540085900046 | WINE & LIQUOR HANOVER PARK IL | $12.49 |
| 7-18 | 7-20 | 2455930820090001300004 | UNITED LIQUORS SCHAUMBURG IL | $11.87 |
| 7-27 | 7-30 | 2449813821003010418094 | OGDEN WINE & SPIRIT NAPERVILLE IL | $8.60 |
| 7-28 | 7-30 | 2449813821003010418075 | OGDEN WINE & SPIRIT NAPERVILLE IL | $12.89 |
| 7-28 | 7-30 | 2423168820940027500105 | HONEST SCHAUMBURG IL | $23.77 |
| 7-30 | 8-01 | 2449813821203004567965 | OGDEN WINE & SPIRIT NAPERVILLE IL | $8.60 |
| 8-02 | 8-03 | 2405522821540085900023 | WINE & LIQUOR HANOVER PARK IL | $13.59 |

Fees

| | |
|---|---|
| Total Fees For This Period | $0.00 |

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $23.10 |
| Interest Charge on Cash Advances | $3.61 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $26.71 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.99% (v) | N/A | $1,465.10 | 32 | $23.10 |
| Cash Advance | 20.99% (v) | N/A | $196.32 | 32 | $3.61 |

2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................................... | $63.47 |
| Total interest charged in 2018 | ................................................... | $158.49 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

● *Account information:* Your name and account number.
● *Dollar amount:* The dollar amount of the suspected error.

● *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
● We cannot try to collect the amount in question, or report you as delinquent on that amount.
● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
● We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1







| Account Number: | | ████████ 2142 |
|---|---|---|
| New Balance: | .................... | $241.14 |
| Minimum Payment Due: | .................... | $20.00 |
| Payment Due Date: | .......... | October 4, 2017 |



First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ████████████ . ████

Change of Address?  If yes, please
complete reverse side.

████████ 60133-6038

██████████████████████

**PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT**

New York Life  Visa®

Account Number:
████████ 2142
Page 001 of 003



Account Summary

| Previous Balance | .................... | $672.00 |
|---|---|---|
| Payments | .................... | -$450.00 |
| Other Credits | .................... | -$20.00 |
| Purchases | .................... | +$33.51 |
| Balance Transfers | .................... | +$0.00 |
| Cash Advances | .................... | +$0.00 |
| Fees Charged | .................... | +$0.00 |
| Interest Charged | .................... | +$5.63 |
| New Balance | .................... | $241.14 |
| Statement Closing Date | ....... | 09/07/17 |
| Days in Billing Cycle | .................... | 30 |
| Total Credit Limit | .................... | $2,700.00 |
| Available Credit | .................... | $2,458.00 |
| Cash Limit | .................... | $550.00 |
| Available Cash | .................... | $550.00 |

 Payment Information

| New Balance | .................... | $241.14 |
|---|---|---|
| Minimum Payment Due | .................... | $20.00 |
| Past Due Amount | .................... | $0.00 |
| Payment Due Date | | October 4, 2017 |

⚠ **Late Payment Warning:**  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ **Minimum Payment Warning:**  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 14  months | $268 |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

## Smart Tips

Have you secured your identity from theft?
Remember that the most common way identity thieves get their hands on your information is by going
through your trash.  Be sure to shred anything with sensitive information before throwing it away!

 Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 34 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 34 | Total points earned this month |
| 0 | Points redeemed this month |
| 4,336 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 8-15 | 8-16 | 74418007228034228016165 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| 8-22 | 8-22 | 74418007234026234004812 | LATE FEE REV  OMAHA NE | $20.00 (CR) |
| 8-23 | 8-24 | 74418007236034236012465 | FRAUD PAYMENT TRANSFER | $300.00 (CR) |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



Account Number:
████████████ 2142
Page 002 of 003

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 8-22 | 8-23 | 24055227235400859000013 | WINE & LIQUOR HANOVER PARK IL | $6.84 |
| 8-26 | 8-28 | 24607947239400164000021 | UNCLE MOES SMOKE SHOP   CAROL STREAM IL | $20.02 |
| 9-01 | 9-05 | 24013397244000185120028 | MO LIQUOR CAROL STREAM IL | $6.65 |
| **Fees** | | | | |
| Total Fees For This Period | | | | $0.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $5.63 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $5.63 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.     (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.24% (v) | N/A | $398.15 | 30 | $5.63 |
| Cash Advance | 20.24% (v) | N/A | $0.00 | 30 | $0.00 |

**2017 Total Year-to-Date**

| | | |
|---|---|---|
| Total fees charged in 2017 | ........................................ | $40.00 |
| Total interest charged in 2017 | ........................................ | $64.14 |

Additional Information Regarding Your Account

We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s).
The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which
your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs
will expire on the Statement Closing Date within the month listed for expiration.

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for
additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

Page 003 of 003

# NEED TO MAKE YOUR PAYMENT **NOW?**

Payments made by **MIDNIGHT CST** will be credited the same day.*

## 3 easy ways to make your payment **NOW**

You can also check balances, view recent transactions, and more anytime, on your schedule!



### ONLINE
Log into your account at the website listed on the front of your statement.



### MOBILE
Download the mobile app and log in anytime to make your payment with just a few taps.



### PHONE
Use our automated system to make your payment over the phone. Just call the number on the front of your statement.

Please note that payments made with a Cardmember Service Representative may be charged a $15 fee.

## Set Up AutoPay and never miss a payment again!

Schedule each payment to be automatically deducted from your checking or savings account on the due date.

- Log in or enroll in online banking
- Click on the 'Payments & Transfers' tab
- Click on the 'Enroll' button next to the account you wish to enroll under the 'AutoPay' section

* Payments are posted to your account the same day if they are submitted before 5:00 PM CST. Payments made after 5:00 PM CST but by 11:59 pm CST, will be processed the next business day. However, you will receive credit for the date of payment. At First National Bank's discretion, availability of funds may be delayed to ensure any payment(s) received have cleared.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

| | |
|---|---|
| Address | |
| Apt/Bldg# | |
| City | |
| State, ZIP | |
| Home Phone | |
| Work Phone | |
| Cell Phone | |
| E-mail Address | |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**

Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

### BILLING RIGHTS SUMMARY

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.

- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1







2253    073138

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

█████████ 60133-6038

| | |
|---|---|
| Account Number: | ████████ 2142 |
| New Balance: | $1,897.40 |
| Minimum Payment Due: | $124.00 |
| Payment Due Date: | October 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ░░░░░░░ . ░░

Change of Address?  If yes, please
complete reverse side.

████████2142   0000000012400    0000000189740

**PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT**

New York Life  Visa®

Account Number:
████████2142
Page 001 of 002

 Account Summary

 Payment Information

| | |
|---|---|
| Previous Balance | $1,678.24 |
| Payments | -$0.00 |
| Other Credits | -$20.46 |
| Purchases | +$176.03 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$37.00 |
| Interest Charged | +$26.59 |
| New Balance | $1,897.40 |
| | |
| Statement Closing Date | 09/06/18 |
| Days in Billing Cycle | 30 |
| | |
| Total Credit Limit | $3,150.00 |
| Available Credit | $1,252.00 |
| Cash Limit | $650.00 |
| Available Cash | $484.00 |

| | |
|---|---|
| New Balance | $1,897.40 |
| Minimum Payment Due | $124.00 |
| Past Due Amount | $43.00 |
| Payment Due Date | October 4, 2018 |

**Late Payment Warning:**  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

**Minimum Payment Warning:**  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 13  years | $4,144 |
| $69 | 3 years | $2,484 (Savings $1,660) |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

**Smart Tips**

Have you secured your identity from theft?
Remember that the most common way identity thieves get their hands on your information is by going
through your trash.  Be sure to shred anything with sensitive information before throwing it away!

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 156 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 156 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,628 | Current point balance |

Points expiring on your next statement closing date ....................98
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



Account Number:
███████ 2142
Page 002 of 002

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 8-29 | 8-31 | 744450082421002027920394 | MENARDS NAPERVILLE IL NAPERVILLE IL | $20.46 (CR) |
| **Transactions** | | | | |
| 8-06 | 8-08 | 244981382190300459960640 | OGDEN WINE & SPIRIT NAPERVILLE IL | $7.10 |
| 8-08 | 8-08 | 240552382204007580001949 | CHICAGO HOT BREAD INC HOFFMAN ESTAT IL | $17.35 |
| 8-22 | 8-23 | 244921582347141341825048 | SQ *CAPSTONE CHICAG LOMBARD IL | $34.50 |
| 8-23 | 8-24 | 246921682361006253846257 | THE BOXES ETC 630-717-1351 IL | $4.04 |
| 8-23 | 8-27 | 241640782361050063807783 | STAPLES     00116913     NAPERVILLE IL | $15.89 |
| 8-28 | 8-30 | 241640782411050012075257 | STAPLES     00116335     NAPERVILLE IL | $10.78 |
| 8-28 | 8-30 | 244450082411002000031045 | MENARDS NAPERVILLE IL NAPERVILLE IL | $20.46 |
| 8-28 | 8-30 | 246104382410101817925189 | THE HOME DEPOT #1918   NAPERVILLE IL | $35.71 |
| 8-29 | 8-30 | 240133982410063757895094 | 087 GREAT CLIPS AT HERIT   CAROL STREAM IL | $16.00 |
| 8-31 | 9-04 | 244981382450301084484870 | OGDEN WINE & SPIRIT NAPERVILLE IL | $14.20 |
| **Fees** | | | | |
| 9-04 | 9-06 | 746801282249000249062004 | LATE FEE | $37.00 |
| **Total Fees For This Period** | | | | $37.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $23.72 |
| Interest Charge on Cash Advances | | | | $2.87 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | $26.59 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.99% (v) | N/A | $1,604.71 | 30 | $23.72 |
| Cash Advance | 20.99% (v) | N/A | $166.90 | 30 | $2.87 |

**2018 Total Year-to-Date**

| | | |
|---|---|---|
| Total fees charged in 2018 | ........................................ | $100.47 |
| Total interest charged in 2018 | ........................................ | $185.08 |

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for
additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect current or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

| Account Number: | ████ 2142 |
| New Balance: | $214.25 |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | November 4, 2017 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ████████ .

Change of Address? If yes, please
complete reverse side.

2253    081445

████████ 00133-6038

████ 2    0000000002000    0000000021425

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life Visa®

Account Number: ████ 2142

Page 001 of 002

 Account Summary

| | |
|---|---|
| Previous Balance | $241.14 |
| Payments | -$125.00 |
| Other Credits | -$0.00 |
| Purchases | +$95.22 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$2.89 |
| New Balance | $214.25 |
| Statement Closing Date | 10/06/17 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $2,700.00 |
| Available Credit | $2,485.00 |
| Cash Limit | $550.00 |
| Available Cash | $550.00 |

Payment Information

| | |
|---|---|
| New Balance | $214.25 |
| Minimum Payment Due | $20.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | November 4, 2017 |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 12 months | $236 |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Online!

Call: Toll Free 1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

 Smart Tips

Avoid Credit Card Fraud
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have been known to pose as credit card issuers and other businesses to trick you into giving out your credit card number. Legitimate companies don't call you to ask for a credit card number over the phone.

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases. Then you can redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account. Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 96 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 96 | Total points earned this month |
| 0 | Points redeemed this month |
| 4,432 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded. To avoid expiring your points, please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to 11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 9-19 | 9-20 | 744180072630342630192 | FRAUD PAYMENT TRANSFER | $125.00 (CR) |
| Transactions | | | | |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



**FREE** online access to your account.
*Anytime. Day or night.*

Account Number:
▬▬▬▬ 2142
Page 002 of 002

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 9-09 | 9-11 | 2405522725340085500044 | WINE & LIQUOR HANOVER PARK IL | $13.48 |
| 9-15 | 9-18 | 2405522725940085700065 | WINE & LIQUOR HANOVER PARK IL | $6.63 |
| 9-17 | 9-18 | 2405522726140085100018 | WINE & LIQUOR HANOVER PARK IL | $19.01 |
| 9-22 | 9-25 | 2405522726440085100005 | WINE & LIQUOR HANOVER PARK IL | $19.01 |
| 9-30 | 10-02 | 2405522727440085700005 | WINE & LIQUOR HANOVER PARK IL | $12.17 |
| 10-03 | 10-04 | 2401339727600059410096 | MO LIQUOR CAROL STREAM IL | $11.82 |
| 10-04 | 10-05 | 2401339727700079307173 | MO LIQUOR CAROL STREAM IL | $13.10 |

Fees

Total Fees For This Period                                       $0.00

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $2.89 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $2.89 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.24% (v) | N/A | $211.95 | 29 | $2.89 |
| Cash Advance | 20.24% (v) | N/A | $0.00 | 29 | $0.00 |

2017 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | ................................. | $40.00 |
| Total interest charged in 2017 | ................................. | $67.03 |

Additional Information Regarding Your Account

We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s). The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs will expire on the Statement Closing Date within the month listed for expiration.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

| | |
|---|---|
| Address | _____ |
| Apt/Bldg# | _____ |
| City | _____ |
| State, ZIP | _____ |
| Home Phone | _____ |
| Work Phone | _____ |
| Cell Phone | _____ |
| E-mail Address | _____ |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | | ██████ 2142 |
|---|---|---|
| New Balance: | ..................... | $917.23 |
| Minimum Payment Due: | ................... | $28.00 |
| Payment Due Date: | ......... | November 4, 2018 |

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ████████

2253    075555



███████ 60133-6038

Change of Address?  If yes, please
complete reverse side.

███████ 2142    0000000002800    0000000091723

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
██████ 2142
Page 001 of 002

  Account Summary

| Previous Balance | .................... | $1,897.40 |
|---|---|---|
| Payments | .................... | -$1,000.00 |
| Other Credits | .................... | -$0.00 |
| Purchases | .................... | +$0.00 |
| Balance Transfers | .................... | +$0.00 |
| Cash Advances | .................... | +$0.00 |
| Fees Charged | .................... | +$0.00 |
| Interest Charged | .................... | +$19.83 |
| New Balance | .................... | $917.23 |
| Statement Closing Date | ....... | 10/09/18 |
| Days in Billing Cycle | .................... | 33 |
| Total Credit Limit | .................... | $2,000.00 |
| Available Credit | .................... | $1,082.00 |
| Cash Limit | .................... | $400.00 |
| Available Cash | .................... | $399.00 |

Payment Information

| New Balance | .................... | $917.23 |
|---|---|---|
| Minimum Payment Due | .................... | $28.00 |
| Past Due Amount | .................... | $0.00 |
| Payment Due Date | .................... | November 4, 2018 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 6  years | $1,494 |
| $33 | 3 years | $1,188 (Savings $306) |

If you would like information about credit counseling services, call 1-866-486-6322.

Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box  2557,  Omaha, NE 68103-2557

 Smart Tips

Avoid Credit Card Fraud
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have
been known to pose as credit card issuers and other businesses to trick you into giving out your credit card
number. Legitimate companies don't call you to ask for a credit card number over the phone.

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 0 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 0 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,530 | Current point balance |

Points expiring on your next statement closing date ....................77
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 9-17 | 9-17 | 74418008260075000111010 | EXPEDITED PAYMENT  US | $1,000.00 (CR) |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



**FREE** online access to your account.
*Anytime. Day or night.*

Account Number:
2142
Page 002 of 002

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| Fees | | | | | |
| Total Fees For This Period | | | | | $0.00 |
| Interest Charged | | | | | |
| Interest Charge on Purchases | | | | | $18.87 |
| Interest Charge on Cash Advances | | | | | $0.96 |
| Interest Charge on Balances Transfers | | | | | $0.00 |
| Total Interest For This Period | | | | | $19.83 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.     (v) Variable Rate     (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.99% (v) | N/A | $1,160.72 | 33 | $18.87 |
| Cash Advance | 20.99% (v) | N/A | $51.05 | 33 | $0.96 |

2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................................. | $100.47 |
| Total interest charged in 2018 | ................................................. | $204.91 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

**CHANGE OF ADDRESS, PHONE, OR E-MAIL**

| | |
|---|---|
| Address | |
| Apt/Bldg# | |
| City | |
| State, ZIP | |
| Home Phone | |
| Work Phone | |
| Cell Phone | |
| E-mail Address | |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DEC 75

FNBO DECLARATION EXHIBIT 1




2253    050020



00133-6038



First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

| | |
|---|---|
| Account Number: | 2142 |
| New Balance: | $257.58 |
| Minimum Payment Due: | $20.00 |
| Payment Due Date: | December 4, 2017 |

Make checks payable to First Bankcard
Amount of Payment Enclosed

$ _____ . _____

Change of Address?  If yes, please
complete reverse side.

2142   0000000002000   0000000025758

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142
Page 001 of 003



**Account Summary**

| | | |
|---|---|---|
| Previous Balance | | $214.25 |
| Payments | | -$150.00 |
| Other Credits | | -$0.00 |
| Purchases | | +$189.95 |
| Balance Transfers | | +$0.00 |
| Cash Advances | | +$0.00 |
| Fees Charged | | +$0.00 |
| Interest Charged | | +$3.38 |
| New Balance | | $257.58 |
| | | |
| Statement Closing Date | | 11/07/17 |
| Days in Billing Cycle | | 32 |
| | | |
| Total Credit Limit | | $2,700.00 |
| Available Credit | | $2,442.00 |
| Cash Limit | | $550.00 |
| Available Cash | | $550.00 |



Payment Information

| | |
|---|---|
| New Balance | $257.58 |
| Minimum Payment Due | $20.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | December 4, 2017 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 15 months | $288 |

If you would like information about credit counseling services, call 1-866-486-6322.

---

Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

---



Holiday shopping can put a strain on your credit.  Keep track of your spending by collecting receipts
and adding them up, like you would do when balancing a checkbook.  That can help you avoid a
January surprise!

---

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account.
Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 190 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 190 | Total points earned this month |
| 0 | Points redeemed this month |
| 4,622 | Current point balance |

Points expiring on your next statement closing date ....................0
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

---

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 10-13 | 10-16 | 74418007289034289013713 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| Transactions | | | | |
| 10-12 | 10-13 | 24445007286400122877405 | WM SUPERCENTER #1553   BLOOMINGDALE IL | $103.50 |

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1

# PAY BILLS THE EASY WAY
## Simply use your credit card

PAID

Now there's no need to write checks or worry about delays in the mail. Just pay bills with your credit card! Then view all your payments right on your monthly statement.

1. **Contact** the companies that send you bills. Be sure to have your bill handy.

2. **Pay** with your credit card. Even schedule automatic payments.

3. **Relax** knowing your bills are paid on time.

Account Number: 2142

Page 002 of 003

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-15 | 10-16 | 24224437289102023780166 | PATEL BROTHERS  HANOVER PARK IL | $27.46 |
| 10-20 | 10-23 | 24498137295030104094084 | AMBICA FOOD BLOOMINGDALE IL | $6.78 |
| 10-23 | 10-24 | 24122547296740296060038 | BP#9178419ARMYTRAIL BP A  CAROL STREAM IL | $25.00 |
| 10-28 | 10-30 | 24224437302101071216167 | PATEL BROTHERS  HANOVER PARK IL | $3.03 |
| 10-29 | 10-30 | 24427337302720021370419 | JEWEL #3246   CAROL STREAM IL | $15.46 |
| 11-06 | 11-07 | 24224437311030150495898 | PATEL BROTHERS  HANOVER PARK IL | $8.72 |

Fees

| Total Fees For This Period | $0.00 |
|---|---|

Interest Charged

| Interest Charge on Purchases | $3.38 |
|---|---|
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $3.38 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.24% (v) | N/A | $224.81 | 32 | $3.38 |
| Cash Advance | 20.24% (v) | N/A | $0.00 | 32 | $0.00 |

2017 Total Year-to-Date

| Total fees charged in 2017 | ........................................... | $40.00 |
|---|---|---|
| Total interest charged in 2017 | ........................................... | $70.41 |

Additional Information Regarding Your Account

We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s). The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs will expire on the Statement Closing Date within the month listed for expiration.

FNBO DECLARATION EXHIBIT 1

Page 003 of 003

Use these checks on Balance Transfers that post by 1/16/2018

to receive a low 5.99% APR* FIXED for LIFE with this offer.

| Interest and Fee Information | |
|---|---|
| **APR for Check Transactions** | 5.99% fixed (Promotional APR* until paid in full). |
| **Use by Date** | These checks must post to your account by 1/16/2018 for the promotional APR to apply. Checks which do not post to your account by 1/16/2018 will not be honored. |
| **Fee** | None.  (There is No Balance Transfer Fee with this offer.) |
| **Paying Interest** | We will begin charging interest on these checks on the transaction date. |

*IMPORTANT INFORMATION: Use check #4949 or check #4950 to receive a Promotional Offer ANNUAL PERCENTAGE RATE of 5.99% fixed (a daily periodic rate of 0.0164%).

For balance transfers not made with these checks, a balance transfer fee of either $5 or 3.00% of the amount of each transfer, whichever is greater, will be applied.

This APR does not apply to purchases and cash advances made with your credit card.  We reserve the right to change your account terms for reasons described in your Cardmember Agreement.  Any APR labeled as "fixed" will not increase for any reason.  See reverse side for ADDITIONAL IMPORTANT INFORMATION.

You must pay your entire statement balance (including all promotional purchase and balance transfer balances) by the due date each month to avoid being charged interest on new purchases from the date those purchases are made, unless your new purchases are subject to a 0% interest rate.







FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | ▓▓▓▓ 2142 |
| New Balance: | ............................ $1,007.64 |
| Minimum Payment Due: | ................. $137.00 |
| Payment Due Date: | ........... January 4, 2019 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ▢▢▢▢▢▢▢▢ . ▢▢

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Change of Address?  If yes, please
complete reverse side.

2253    077246

▓▓▓▓▓▓  00133-6038

▓▓▓▓ 2142   0000000013700   0000000100764

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

 Account Summary

Account Number:
▓▓▓▓ 2142
Page 001 of 002

| | |
|---|---|
| Previous Balance | $956.16 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$37.00 |
| Interest Charged | +$14.48 |
| New Balance | $1,007.64 |
| | |
| Statement Closing Date | 12/06/18 |
| Days in Billing Cycle | 30 |
| | |
| Total Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Cash Limit | $400.00 |
| Available Cash | $0.00 |

Payment Information

| | |
|---|---|
| New Balance | $1,007.64 |
| Minimum Payment Due | $137.00 |
| Past Due Amount | $76.00 |
| Payment Due Date | January 4, 2019 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 7  years | $1,693 |
| $37 | 3 years | $1,332 (Savings $361) |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com
Remit to: First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 Smart Tips

Happy holidays!  Keep in mind that the busy holiday shopping season is also prime season for identity
thieves.  Keep an eye on your card at the register, destroy all sensitive documents before throwing them
away, and check your credit reports for suspicious activity at least once a year.

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 0 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 0 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,436 | Current point balance |

Points expiring on your next statement closing date ....................107
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

We have told a credit bureau about a late payment, missed payment or other default on your account.
This information may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



# A note of thanks
## for being our cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

**Contact us 24 hours a day by phone or online.**

Account Number:

█████████ 2142

Page 002 of 002

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Fees** | | | | |
| 12-04 | 12-06 | 74680128340000340062000 | LATE FEE | $37.00 |
| Total Fees For This Period | | | | $37.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $14.47 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $14.48 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.     (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.24% (v) | N/A | $965.84 | 30 | $14.47 |
| Cash Advance | 21.24% (v) | N/A | $0.97 | 30 | $0.01 |

**2018 Total Year-to-Date**

| | | |
|---|---|---|
| Total fees charged in 2018 | ........................................ | $163.47 |
| Total interest charged in 2018 | ........................................ | $232.32 |

Additional Information Regarding Your Account

Looking to Lower Your Monthly Payments?
Explore your options on our secure website.

We understand that everyone has challenging financial times. We can help you with payment programs designed around your needs.

Here are some options you may qualify for as our cardmember:

Â    Reduced Payment Program - We'll work with you to determine a fixed monthly payment that's easier on your budget, so you'll have more money for everyday expenses.
Â    Debt Settlement Offer - Depending on your situation, you may be eligible for a settlement offer that could lower your current payoff amount.

To learn more about the options available to you, log in to the website on the front of your statement and follow the helpful prompts under Payment Plans. You can also download our mobile app or call us directly at 1-800-537-3302.

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





2253   080834



60133-6038

| Account Number: | ................ 2142 |
| New Balance: | .................. $583.09 |
| Minimum Payment Due: | .................. $20.00 |
| Payment Due Date: | ........... January 4, 2017 |

Make checks payable to First Bankcard
Amount of Payment Enclosed

$ _____ . ____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Change of Address?  If yes, please
complete reverse side.

2142   0000000002000   0000000058309

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number: ................ 2142
Page 001 of 002

 Account Summary

 Payment Information

| Previous Balance | .................... $612.32 |
| Payments | ......................... -$150.00 |
| Other Credits | .................... -$0.00 |
| Purchases | .................... +$113.67 |
| Balance Transfers | .................... +$0.00 |
| Cash Advances | .................... +$0.00 |
| Fees Charged | .................... +$0.00 |
| Interest Charged | .................... +$57.10 |
| New Balance | .................... $583.09 |
| Statement Closing Date | ...... 12/07/16 |
| Days in Billing Cycle | .................... 30 |
| Total Credit Limit | .................... $2,400.00 |
| Available Credit | .................... $1,816.00 |
| Cash Limit | .................... $480.00 |
| Available Cash | .................... $480.00 |

| New Balance | .................... $583.09 |
| Minimum Payment Due | .................... $20.00 |
| Past Due Amount | .................... $0.00 |
| Payment Due Date | .................... January 4, 2017 |

Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| | If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|---|
| Only the minimum payment | | 3  years | $743 |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 Smart Tips

Happy holidays!  Keep in mind that the busy holiday shopping season is also prime season for identity
thieves.  Keep an eye on your card at the register, destroy all sensitive documents before throwing them
away, and check your credit reports for suspicious activity at least once a year.

 Rewards Summary

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you
can redeem those points for travel, gift cards, merchandise or cash back as a statement credit to
your Account.  Review your rewards program terms and conditions for complete details.

| 114 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 114 | Total points earned this month |
| 0 | Points redeemed this month |
| 3,628 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 11-09 | 11-10 | 74418006315034315011447 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |

Transactions

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



# A note of thanks
## for being our cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

**Contact us 24 hours a day by phone or online.**

Account Number:
██████████ 2142

Page 002 of 002

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 11-13 | 11-14 | 2444500631960014425031 | WALGREENS #2447  HANOVER PARK IL | $17.71 |
| 11-15 | 11-17 | 2426979632110027220861 | WINE AND LIQUOR HANOVER PARK IL | $6.62 |
| 11-16 | 11-18 | 2444500632210018403781 | WALGREENS #2447  HANOVER PARK IL | $23.03 |
| 11-19 | 11-21 | 2442733632472002590925 | JEWEL #3246   CAROL STREAM IL | $25.85 |
| 11-26 | 11-28 | 2461043633207200501653 | GRAND VICTORIA F&B ELGIN IL | $7.00 |
| 11-30 | 12-02 | 2426979633610036951407 | WINE AND LIQUOR HANOVER PARK IL | $15.46 |
| 12-03 | 12-05 | 2461043633907200201659 | GRAND VICTORIA F&B ELGIN IL | $6.00 |
| 12-04 | 12-05 | 2461043633907200501772 | GRAND VICTORIA F&B ELGIN IL | $6.00 |
| 12-04 | 12-05 | 2461043633907200501781 | GRAND VICTORIA F&B ELGIN IL | $6.00 |

Fees

| | |
|---|---|
| Total Fees For This Period | $0.00 |

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $7.10 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $7.10 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 16.49% (v) | $525.79 | 30 | $7.10 |
| Cash Advance | 19.49% (v) | $0.00 | 30 | $0.00 |

2016 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2016 | ........................................... | $40.00 |
| Total interest charged in 2016 | ........................................... | $40.94 |

Additional Information Regarding Your Account

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____
Apt/Bldg# _____
City _____
State, ZIP _____
Home Phone _____
Work Phone _____
Cell Phone _____
E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1









2253    080764

60133-6038

| | | |
|---|---|---|
| Account Number: | ........................ | 2142 |
| New Balance | ........................ | $617.12 |
| Minimum Payment Due | ........................ | $20.00 |
| Payment Due Date: | ........... | January 4, 2018 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . _____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Change of Address?  If yes, please
complete reverse side.

0000000002000        0000000061712

**PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT**

New York Life  Visa®

Account Number:

2142

Page 001 of 002



### Account Summary

| | | |
|---|---|---|
| Previous Balance | ........................ | $257.58 |
| Payments | ........................ | -$150.00 |
| Other Credits | ........................ | -$0.00 |
| Purchases | ........................ | +$503.93 |
| Balance Transfers | ........................ | +$0.00 |
| Cash Advances | ........................ | +$0.00 |
| Fees Charged | ........................ | +$0.00 |
| Interest Charged | ........................ | +$5.61 |
| New Balance | ........................ | $617.12 |
| | | |
| Statement Closing Date | ........ | 12/07/17 |
| Days in Billing Cycle | ........................ | 30 |
| | | |
| Total Credit Limit | ........................ | $2,700.00 |
| Available Credit | ........................ | $2,082.00 |
| Cash Limit | ........................ | $550.00 |
| Available Cash | ........................ | $550.00 |

### Payment Information

| | | |
|---|---|---|
| New Balance | ........................ | $617.12 |
| Minimum Payment Due | ........................ | $20.00 |
| Past Due Amount | ........................ | $0.00 |
| Payment Due Date | ........................ | January 4, 2018 |

 Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 3 years | $811 |

If you would like information about credit counseling services, call 1-866-486-6322.

 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

### Smart Tips

Happy holidays!  Keep in mind that the busy holiday shopping season is also prime season for identity
thieves.  Keep an eye on your card at the register, destroy all sensitive documents before throwing them
away, and check your credit reports for suspicious activity at least once a year.

### REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account.
Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 504 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 504 | Total points earned this month |
| 0 | Points redeemed this month |
| 5,126 | Current point balance |

Points expiring on your next statement closing date ......................0
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Payments and Other Credits | | | | |
| 11-08 | 11-09 | 7441800731303431302224 | FRAUD PAYMENT TRANSFER | $150.00 (CR) |
| Transactions | | | | |
| 11-07 | 11-08 | 2422443731210202482731 | PATEL BROTHERS  HANOVER PARK IL | $8.39 |

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1



# A note of thanks
## for being our cardmember!

We're proud to be your credit card of
choice. And we're here for you as your
financial needs change. Count on us for
practical solutions to any financial challenge
you face.

**Contact us 24 hours a day by phone
or online.**

Account Number:
_____ 2142
Page 002 of 002

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 11-07 | 11-09 | 24164077312255219250993 | SUBWAY 00056127 CAROL STREAM IL | $5.39 |
| 11-08 | 11-09 | 24427337312720034954344 | MCDONALD'S F11261 SCHAUMBURG IL | $4.69 |
| 11-08 | 11-09 | 24427337312720034954354 | MCDONALD'S F11261 SCHAUMBURG IL | $15.48 |
| 11-08 | 11-09 | 24224437313101064172747 | PATEL BROTHERS HANOVER PARK IL | $3.49 |
| 11-09 | 11-10 | 24427337313720022773659 | JEWEL #3246 CAROL STREAM IL | $11.19 |
| 11-09 | 11-10 | 24224437314101067098534 | PATEL BROTHERS HANOVER PARK IL | $13.46 |
| 11-10 | 11-13 | 24224437315101076409614 | PATEL BROTHERS HANOVER PARK IL | $6.07 |
| 11-11 | 11-13 | 24226387316091003364269 | WAL-MART #1553 BLOOMINGDALE IL | $5.07 |
| 11-11 | 11-13 | 24226387316091002973519 | WAL-MART #1553 BLOOMINGDALE IL | $44.96 |
| 11-16 | 11-17 | 24427337320720042834009 | MCDONALD'S M4963 OF 1 CAROL STREAM IL | $2.68 |
| 11-23 | 11-27 | 24445007328500178772135 | CARSON'S #0535 BLOOMINGDALE IL | $86.64 |
| 11-23 | 11-27 | 24445007329100426625764 | KOHL'S #0065 BLOOMINGDALE IL | $175.48 |
| 11-23 | 11-27 | 24445007329100426625846 | KOHL'S #0065 BLOOMINGDALE IL | $42.09 |
| 11-26 | 11-27 | 24122547330740330420253 | BP#9178419 ARMYTRAIL BP A CAROL STREAM IL | $25.00 |
| 11-29 | 11-30 | 24224437334102024825695 | PATEL BROTHERS HANOVER PARK IL | $9.61 |
| 11-30 | 12-01 | 24226387335091002262148 | SAMSCLUB #8148 STREAMWOOD IL | $20.20 |
| 12-04 | 12-06 | 24427337339710030039579 | ALDI 40025 CAROL STREAM IL | $24.04 |

Fees

| | |
|---|---|
| Total Fees For This Period | $0.00 |

Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $5.61 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| Total Interest For This Period | $5.61 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. (v) Variable Rate (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 17.24% (v) | N/A | $397.10 | 30 | $5.61 |
| Cash Advance | 20.24% (v) | N/A | $0.00 | 30 | $0.00 |

2017 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | ................................. | $40.00 |
| Total interest charged in 2017 | ................................. | $76.02 |

Additional Information Regarding Your Account

CONGRATULATIONS! We have raised your credit limit!
Your new credit limit is $3,150.00. Your cash limit is $650.00.
Your cash limit is the part of your total credit limit that can be used for cash type transactions.
You can still use your total credit limit for purchases.

SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)
If you are an active duty member of the United States Military, you may be eligible for
additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s).
The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which
your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs
will expire on the Statement Closing Date within the month listed for expiration.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | | ......................... 2142 |
| New Balance: | | ......................... $956.16 |
| Minimum Payment Due: | | ................... $76.00 |
| Payment Due Date: | | ....... December 4, 2018 |

Make checks payable to First Bankcard



First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ _____ . _____

2253    074998

60133-6038

Change of Address?  If yes, please
complete reverse side.

2142   0000000007600    0000000095616

---

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
................................ 2142
Page 001 of 002

 Account Summary

| | | |
|---|---|---|
| Previous Balance | ................. | $917.23 |
| Payments | ................................ | -$0.00 |
| Other Credits | ......................... | -$0.00 |
| Purchases | ................................ | +$0.00 |
| Balance Transfers | ................. | +$0.00 |
| Cash Advances | ..................... | +$0.00 |
| Fees Charged | ..................... | +$26.00 |
| Interest Charged | ................. | +$12.93 |
| New Balance | ..................... | $956.16 |
| Statement Closing Date | ......... | 11/06/18 |
| Days in Billing Cycle | ............... | 28 |
| Total Credit Limit | ................. | $2,000.00 |
| Available Credit | ................. | $1,043.00 |
| Cash Limit | ..................... | $400.00 |
| Available Cash | ..................... | $399.00 |

 Payment Information

| | | |
|---|---|---|
| New Balance | ................................................. | $956.16 |
| Minimum Payment Due | ................................ | $76.00 |
| Past Due Amount | ........................................ | $28.00 |
| Payment Due Date | ..................... | December 4, 2018 |

⚠ Late Payment Warning:  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

⚠ Minimum Payment Warning:  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 6  years | $1,576 |
| $35 | 3 years | $1,260 (Savings $316) |

If you would like information about credit counseling services, call 1-866-486-6322.

🔴 Customer Service

Save Time and Stamps
by Paying Online!

Call:  Toll Free  1-888-200-1716
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
Visit: www.firstbankcard.com/newyorklife
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

💡 Smart Tips

Holiday shopping can put a strain on your credit.  Keep track of your spending by collecting receipts
and adding them up, like you would do when balancing a checkbook.  That can help you avoid a
January surprise!

---

REWARDS SUMMARY

Earn rewards points everyday - you earn 1 point per $1 on all qualifying Net Purchases.  Then you can
redeem those points for travel, gift cards, merchandise, or cash back as a statement credit to your Account,
an ACH deposit to any checking or savings account (ABA routing number required), or as a
check sent to you by mail.  Review your rewards program terms and conditions for complete details.

| | |
|---|---|
| 0 | Points earned this month on Net Purchases |
| 0 | Bonus points earned this month |
| 0 | Total points earned this month |
| 0 | Points redeemed this month |
| 6,453 | Current point balance |

Points expiring on your next statement closing date ....................17
(Points earned expire on or after 5 years from the date they are awarded.  To avoid expiring your points,
please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the
Rewards Service Center at 888-801-7987 during hours of operation Monday through Friday, 8:00 a.m. to
11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha            See reverse for additional information.

Continued next page

FNBO DECLARATION EXHIBIT 1

# PAY BILLS THE EASY WAY

## Simply use your credit card

**PAID**

Now there's no need to write checks or worry about delays in the mail. Just pay bills with your credit card! Then view all your payments right on your monthly statement.

1. **Contact** the companies that send you bills. Be sure to have your bill handy.

2. **Pay** with your credit card. Even schedule automatic payments.

3. **Relax** knowing your bills are paid on time.

---

Account Number:

▬▬▬▬▬▬ 2142

Page 002 of 002

---

🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Fees | | | | |
| 11-05 | 11-06 | 74680128310000310062000 | LATE FEE | $26.00 |
| Total Fees For This Period | | | | $26.00 |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $12.92 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| Total Interest For This Period | | | | $12.93 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.  (v) Variable Rate  (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.24% (v) | N/A | $924.32 | 28 | $12.92 |
| Cash Advance | 21.24% (v) | N/A | $0.96 | 28 | $0.01 |

2018 Total Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2018 | ................................. | $126.47 |
| Total interest charged in 2018 | ................................. | $217.84 |

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

### CHANGE OF ADDRESS, PHONE, OR E-MAIL

| | |
|---|---|
| Address | _____ |
| Apt/Bldg# | _____ |
| City | _____ |
| State, ZIP | _____ |
| Home Phone | _____ |
| Work Phone | _____ |
| Cell Phone | _____ |
| E-mail Address | _____ |

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

**BILLING RIGHTS SUMMARY**
**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.
**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-8098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.
**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1




VISA

**NEW YORK LIFE**

2253        077378

60133-6038

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

| Account Number: | 2142 |
|---|---|
| **New Balance**: | ................................**$1,222.09** |
| **Minimum Payment Due**: | ................**$393.00** |
| **Payment Due Date**: | ................**May 4, 2019** |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____ . __

**Change of Address?**  If yes, please
complete reverse side.


4680129088892142     0000000039300     0000000122209

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142
Page 001 of 001

## Account Summary

| | |
|---|---|
| Previous Balance  ...............| $1,167.19 |
| Payments ...................................| -$0.00 |
| Other Credits ..............................| -$0.00 |
| Purchases .............................| +$0.00 |
| Balance Transfers .................| +$0.00 |
| Cash Advances  ......................| +$0.00 |
| Fees Charged .......................| +$37.00 |
| Interest Charged ..................| +$17.90 |
| **New Balance**  ...................| **$1,222.09** |
| Statement Closing Date ....... | 04/05/19 |
| Days in Billing Cycle ......................| 30 |
| Total Credit Limit  ...............| $2,000.00 |
| Available Credit ..........................| $0.00 |
| Cash Limit ...............................| $400.00 |
| Available Cash ...........................| $0.00 |

## Payment Information

| | |
|---|---|
| New Balance  ...................................| $1,222.09 |
| Minimum Payment Due ........................| $393.00 |
| Past Due Amount ...........................| $327.00 |
| **Payment Due Date** ........................| **May 4, 2019** |

**Late Payment Warning:**  If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

**Minimum Payment Warning:**  If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 9  years | $2,260 |
| $44 | 3 years | $1,584 (Savings $676) |

If you would like information about credit counseling services, call 1-866-486-6322.

## Customer Service

Save Time and Stamps
by Paying Online!

**Call:  Toll Free  1-888-200-1716**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.firstbankcard.com**
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

## Smart Tips

**Avoid Credit Card Fraud**
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have
been known to pose as credit card issuers and other businesses to trick you into giving out your credit card
number. Legitimate companies don't call you to ask for a credit card number over the phone.

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Fees** | | | | |
| 4-04 | 4-05 | 7468012909500009506200 | LATE FEE | $37.00 |
| **Total Fees For This Period** | | | | **$37.00** |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $17.89 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | **$17.90** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.          (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.49% (v) | N/A | $1,177.24 | 30 | $17.89 |
| Cash Advance | 21.49% (v) | N/A | $1.01 | 30 | $0.01 |

## 2019 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2019  ....................................| $148.00 |
| Total interest charged in 2019  .............................| $66.45 |

Issued by First Bankcard, a division of First National Bank of Omaha

FNBO DEC 92
See reverse for additional information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

## CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone_____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**

Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

## BILLING RIGHTS SUMMARY

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

● *Account information:* Your name and account number.

● *Dollar amount:* The dollar amount of the suspected error.

● *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

● We cannot try to collect the amount in question, or report you as delinquent on that amount.

● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

● We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-6098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1



 **VISA**

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

**Account Number:** ▮▮▮▮ 2142
**New Balance:** ................................$1,279.08
**Minimum Payment Due:** ............ $1,279.08
**Payment Due Date:** .................July 4, 2019

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ ▮▮▮▮▮▮.▮▮

**Change of Address?** If yes, please
complete reverse side.

2253/L    000000

60133-6038



PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

**Account Number:**
▮▮▮▮ 2142
Page 001 of 001

 ## Account Summary

| | |
|---|---|
| Previous Balance ..............$1,279.08 | |
| Payments ...................................-$0.00 | |
| Other Credits ...........................-$0.00 | |
| Purchases ...............................+$0.00 | |
| Balance Transfers ..................+$0.00 | |
| Cash Advances ......................+$0.00 | |
| Fees Charged ........................+$0.00 | |
| Interest Charged ....................+$0.00 | |
| **New Balance  ...................$1,279.08** | |

Statement Closing Date ....... 06/06/19
Days in Billing Cycle ......................30

Total Credit Limit  ...............$2,000.00
Available Credit ........................$0.00
Cash Limit .............................$400.00
Available Cash ..........................$0.00

## Payment Information

New Balance  ...................................................$1,279.08
Minimum Payment Due ...................................$1,279.08
Past Due Amount ...............................................$1,279.08
**Payment Due Date .......................................July 4, 2019**

**Ⓜ Minimum Payment Warning:**  Even if you make no more
charges using this card, if you make only the minimum payment each
month we estimate you will never pay off the balance shown on this
statement because your payment will be less than the interest charged
each month.

If you would like information about credit counseling services, call 1-866-486-6322.

**Customer Service**

Save Time and Stamps
by Paying Online!

**Call:  Toll Free  1-888-200-1716**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.firstbankcard.com**
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 ## Smart Tips

Did you know that a good credit score may help you land a better job?  Many employers check credit
histories of prospective employees, so responsible credit management can help you sleep better-
and even live better!

 ## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| Fees | | | | |
| **Total Fees For This Period** | | | | **$0.00** |
| Interest Charged | | | | |
| Interest Charge on Purchases | | | | $0.00 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | **$0.00** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.      (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 0.00% | N/A | $1,278.05 | 30 | $0.00 |
| Cash Advance | 0.00% | N/A | $1.03 | 30 | $0.00 |

## 2019 Total Year-to-Date

Total fees charged in 2019  ....................................................$185.00
Total interest charged in 2019  ..............................................$86.44

Issued by First Bankcard, a division of First National Bank of Omaha

FNBO DEC 94
See reverse for additional information.

FNBO DECLARATION EXHIBIT 1

To ensure accuracy, please print clearly using upper-case letters and numbers only.
Please do not use Red Ink, Gel pens or Pencil.

## CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone_____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**
Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

## BILLING RIGHTS SUMMARY

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

● *Account information:* Your name and account number.

● *Dollar amount:* The dollar amount of the suspected error.

● *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

● We cannot try to collect the amount in question, or report you as delinquent on that amount.

● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

● We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-6098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

FNBO DECLARATION EXHIBIT 1





| Account Number: | 2142 |
|---|---|
| **New Balance:** ...............................**$1,279.08** | |
| **Minimum Payment Due:** ................**$462.00** | |
| **Payment Due Date:** ......................**Now Due** | |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253      074040

Amount of Payment Enclosed

$ [          ] . [    ]

60133-6038

**Change of Address?** If yes, please
complete reverse side.



4680129088892142      0000000046200      0000000127908

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

New York Life  Visa®

Account Number:
2142
Page 001 of 001

 **Account Summary**

Previous Balance ...............$1,222.09
Payments .................................-$0.00
Other Credits ............................-$0.00
Purchases .............................+$0.00
Balance Transfers ..................+$0.00
Cash Advances .....................+$0.00
Fees Charged .......................+$37.00
Interest Charged ..................+$19.99
**New Balance** ...................**$1,279.08**

Statement Closing Date ....... 05/07/19
Days in Billing Cycle ......................32

Total Credit Limit ...............$2,000.00
Available Credit ..........................$0.00
Cash Limit ..............................$400.00
Available Cash ...........................$0.00

 **Payment Information**

New Balance ...................................................$1,279.08
Minimum Payment Due .....................................$462.00
Past Due Amount ..............................................$393.00
**Payment Due Date** ............................................**Now Due**

🔔 **Late Payment Warning:** If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$37 and your APRs may be increased to a Penalty APR of up to 29.99%.

🔔 **Minimum Payment Warning:** If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 9  years | $2,405 |
| $47 | 3 years | $1,692 (Savings $713) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**

Save Time and Stamps
by Paying Online!

**Call:  Toll Free  1-888-200-1716**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.firstbankcard.com**
Remit to:  First Bankcard, P.O. Box 2557,  Omaha, NE 68103-2557

 **Smart Tips**

Keeping up with your credit card bills is just part of the picture when it comes to healthy credit.  If you default
on your utility bills, that shows up on your report and can translate into higher rates on your other debt as a
result -- so make sure to pay every bill, every month.

 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Fees** | | | | |
| 5-06 | 5-07 | 74680129127000127062000 | LATE FEE | $37.00 |
| **Total Fees For This Period** | | | | **$37.00** |
| | | | | |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $19.98 |
| Interest Charge on Cash Advances | | | | $0.01 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | **$19.99** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.      (v) Variable Rate      (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 18.49% (v) | N/A | $1,233.02 | 32 | $19.98 |
| Cash Advance | 21.49% (v) | N/A | $1.02 | 32 | $0.01 |

## 2019 Total Year-to-Date

Total fees charged in 2019 ....................................$185.00
Total interest charged in 2019 ...............................$86.44

Issued by First Bankcard, a division of First National Bank of Omaha

To ensure accuracy, please print clearly using upper-case letters and numbers only.
FNBO DECLARATION EXHIBIT 1
Please do not use Red Ink, Gel pens or Pencil.

## CHANGE OF ADDRESS, PHONE, OR E-MAIL

Address _____

Apt/Bldg# _____

City _____

State, ZIP _____

Home Phone _____

Work Phone _____

Cell Phone _____

E-mail Address _____

If you have a Credit Card for business purposes, and are requesting an address change, we may request additional information.

**Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions).

We calculate a daily balance for each type of transaction and use the daily balances to determine your interest charges.

We figure the "daily balance" for each transaction type as follows: 1) We take the beginning balance for each day and add any interest charge from the prior day (known as compounding of interest) and any new transactions or other debits (including transaction fees, other fees and unpaid interest charges). 2) We subtract payments or credits, and treat any net credit balance as a zero balance. The result is the daily balance for each type of transaction.

The Balances Subject to Interest Rate for each type of transaction shown on your billing statement is the sum of the daily balances for that type of transaction divided by the number of days in the billing cycle. We may use mathematical formulas to produce equivalent results to calculate the Balance Subject to Interest Rates, interest charges and related amounts.

**How to Avoid Paying Interest on Purchases:** If you pay your New Balance as shown on the front of this billing statement by the Payment Due Date and if we also received payment in full of your New Balance as indicated on your previous billing statement by its Payment Due Date or if that New Balance was zero or a credit, no interest charges will be assessed on Purchases shown on your next billing statement. Unless you have been specifically notified otherwise, no period is provided to repay non-Purchase balances without incurring interest charges—in other words, there is no grace period for Cash Advances or Balance Transfers.

**Payment Requirements:**

Payments must be (1) accompanied by the top portion of this billing statement; (2) received no later than 5:00 p.m. (Central Time) on the Payment Due Date at the location we have specified for receipt of your payment, (3) made only by check or money order if your payment is made by mail, (4) made in U.S. Dollars, and (5) sent to the P.O. Box specified on the top of the front of this statement. If we accept a payment that does not comply with these requirements, there may be a delay in crediting your account, which may result in additional interest and fees. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically.

**Credit Limits:** Only the "Cash Limit" portion of your Credit Limit is available for cash advances. "Available Credit" or "Available Cash" refers to the part of your Credit Limit or Cash Limit that was available as of this billing statement's closing date and may not reflect overlimit or credit balance amounts. We may raise or lower your Credit Limit and/or Cash Limit at any time and may restrict the amount that is available for Balance Transfers. After we credit a payment to your account, there may be a delay before it operates to restore your Available Credit or Available Cash.

BILLING RIGHTS SUMMARY

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. In your letter, give us the following information:

● *Account information:* Your name and account number.

● *Dollar amount:* The dollar amount of the suspected error.

● *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

● We cannot try to collect the amount in question, or report you as delinquent on that amount.

● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

● We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: First National Bank of Omaha, P.O. Box 3696 Omaha, NE 68103-0696. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Liability for Unauthorized Use:** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at P.O. Box 3696 Omaha, NE 68103-0696 or the facsimile number 402-602-6098 or call us at 1-800-688-7070. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Information Provided to Credit Bureaus:** Information about your account is periodically provided to one or more credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you think any information regarding you or your account is inaccurate, write to us on a separate sheet at: P.O. Box 3412, Omaha, NE 68103-0412.

## Statement of Work
## First Party Collection Services

This Statement of Work ("SOW") effective September 22, 2016 ("Effective Date") is made by and between First National Bank of Omaha, a national banking association with principal offices at 1620 Dodge Street, Omaha, Nebraska 68197 ("FNBO") and Credit Control, LLC, a Missouri limited liability company ("Agency") and is issued pursuant to the Collection Agency Agreement, dated December 1, 2012, between FNBO and Credit Control, LLC (as successor in interest to Professional Recovery Services, Inc.) (the "Agreement").

WHEREAS, FNBO seeks to procure first party collection services from Agency; and

WHEREAS, Agency seeks to provide first party collection services to Client; and

WHEREAS, FNBO and Agency agree that past due accounts that client may refer to Agency ("Accounts") for first party collection services shall be governed by the terms and conditions of this SOW and the Agreement; and

NOW, THEREFORE, in consideration of the mutual promises, covenants, and agreements contained herein, the receipt and sufficiency of which is acknowledged, the parties agree as follows:

## 1. DUTIES OF AGENCY

(a) Collections. Agency will provide first party collection services through its employees ("Services") with respect to customers of FNBO referred to Agency from time to time ("Customers"). Agency and its employees shall act in all respects as an extension of FNBO's internal billing and collection departments and its conduct and activities shall be governed accordingly by FNBO. Agency agrees to, and to cause its employee to, collect all outstanding balances owed by Customers, handle Customer calls for FNBO related thereto, and otherwise provide and maintain the Services in accordance with this SOW, training materials provided by FNBO ("Materials") and the policies, procedures and instructions of FNBO ("Policies"). Agency will adhere to FNBO standards on Call Caps and leaving messages on answering machines and voice mails (intensity).

(b) Reporting and Review. Each business day Agency will provide electronic files of activity performed on accounts, demographic updates (address and phone numbers) obtained from customers, memos and promise to pay information. Each business day Agency will provide reports of the previous day's activity (number of call attempts, connects, right-party contacts, promises and inbound calls) in a format agreed to by the parties. Agency will provide a list of calls each week for FNBO to review the list for selection of call recordings that Agency will provide to FNBO for Quality Assurance ("QA") review, in a format agreed to by the parties. Agency agrees to review any QA results that FNBO identifies with FNBO to address any concerns. Agency also agrees to conduct its normal QA review of Agency employees working this project.

(c) Use of Name. All Services described in this SOW shall be conducted in the name of First National Bank of Omaha, or its Affiliates, as applicable, including, but not limited to, correspondence and phone calls.

(d) Dedicated Employees. Agency shall provide fifteen (15) Agency employees to perform the Services under this SOW. Said Agency employees shall be exclusively dedicated to performing collection work for FNBO under this SOW and shall not perform services for any other clients or projects unless agreed to by FNBO. Agency shall be responsible for hiring such employees and for all employment matters including, but not limited to, wages, benefits, workers compensation, unemployment benefits and taxes.

(e) Disclosures. Agency agrees to disclose to FNBO any pending, past, or future legal actions brought against it for violations of the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act

("FCRA"), Gramm-Leach-Bliley Act ("GLBA") and any state or federal consumer protection or consumer credit collection laws or regulations. This disclosure should include, at a minimum, the case name, court in which it was filed, alleged violations of either Federal or State consumer protection statutes or regulations claimed to have occurred, and resolution of the case or proceeding.

(f) Complaints. Agency shall notify FNBO within two business days of receipt of any complaint, lawsuit or regulatory action initiated against Agency for violation of any law or regulation related to the Services or Accounts. Agency will track any expression of dissatisfaction from an FNBO customer and provide FNBO these in a format agreed to by the parties by the third business day of each month.

(g) Conference Calls. Agency will participate in weekly conference calls with FNBO during the Term in order to review the performance of Agency against the expectations of FNBO.

## 2. OTHER COVENANTS AND DUTIES

(a) Policies and Materials. FNBO shall provide Policies and Materials to Agency as such Materials and Policies may be revised by FNBO from time to time.

(b) Data Transfer. FNBO may deliver to Agency detailed account information in connection with Accounts placed with Agency pursuant to this SOW ("Account Data"), through any method of secure electronic delivery Client deems appropriate, including, without limitation the following: (i) secure file transfer protocol; (ii) secure web upload; or (iii) FNN Secure Mail. Account Data shall be deemed delivered to Agency at the moment FNBO sends the Account Data to Agency and, without limiting the foregoing, any return receipt or other confirmation provided to FNBO that Agency has received the Account Data shall constitute conclusive evidence of delivery. Upon delivery, Agency agrees to take all commercially reasonable measures necessary to secure and protect the Account Data.

(c) Account Recall. FNBO may recall any or all Accounts at any time and for any reason. If FNBO recalls an Account, payment made by Customers on the Account shall be forwarded directly to FNBO by Agency. Upon the recall of an Account, all correspondence, telephone calls, etc. will be forwarded to FNBO for handling. FNBO may work recalled Accounts in its sole discretion or send such Accounts to other collection agencies. Nothing in this SOW required FNBO to send any or all Accounts to Agency.

(d) Monitoring. Agency shall provide both remote and on-site access to designated FNBO personnel for purposes of FNBO engaging in ongoing supervision, training, monitoring, and auditing activity related to the Services. FNBO shall have the right to inspect the systems, books and records of Agency relating to the Services to verify that Agency and its employees are complying with this SOW and performing in accordance with the Policies and Materials. The parties further agree that FNBO shall have the right to directly monitor, supervise and train the Agency employees performing the Services.

(e) Reporting. During the Term, and after termination until all monies due FNBO are determined by FNBO to be paid in full, Agency agrees to provide FNBO with any reports relating to the Accounts which FNBO requests.

(f) Removal. FNBO may, in its sole discretion, require the removal and replacement of any Agency personnel assigned to perform the Services. Agency will, at the request of FNBO, limit the number of dedicated employees assigned to the Accounts.

## 3. TERM AND TERMINATION

(a) This SOW shall commence as of the Effective Date and continue until terminated (the "Term").

(b) Convenience. Either party may terminate this SOW by giving the other party thirty (30) calendar days prior written notice of such termination.

(c) Breach. If either party breaches this SOW, the non-breaching party may immediately terminate this SOW upon notice to the breaching party.

(d) Adverse Change. If there is an adverse change in the performance, financial status, integrity, behavior or reputation of Agency, in the sole opinion of FNBO, FNBO may immediately terminate this SOW upon notice to Agency.

2

FNBO Declaration Exhibit 2

(e) Effect of Termination. In the event of any termination hereunder FNBO shall compensate Agency for all Services provided in accordance with this SOW through such date of termination. Upon termination of this SOW, Agency shall discontinue its collection efforts with respect to all Accounts regardless of status and return all Accounts, Confidential Information, Materials, Policies and other information and documents to FNBO and immediately forward to FNBO all monies collected by Agency.

## 4. FEES

(a) FNBO agrees to compensate Agency on a monthly basis for the Services outlined in this SOW. The rate of compensation shall be as follows:

    (i) █████ per month per full time dedicated employee performing Services for up to fifteen (15) dedicated employees. Compensation shall not exceed ██████ per month without the prior written consent of FNBO.

5. For purposes of this Statement of Work, Sections 1, 2, 3, 4 and 9 of the Agreement shall not apply.

IN WITNESS WHEREOF, the parties hereto have executed this Statement of Work by their duly authorized agents as of the dates below.

FIRST NATIONAL BANK OF OMAHA

By: _____

Name: _____

Title: Managing Director

Date: 10-3-16

CREDIT CONTROL, LLC

By: _____

Name: PAUL FARINACCI

Title: EXECUTIVE VICE PRESIDENT

Date: 10/3/2016

FIRST NATIONAL BANK OF OMAHA

By: Amy Bouchard

Name: Amy Bouchard

Title: SV Vice President, Finance

Date: 10-3-16

3

FNBO Dec Ex 2 3