```
 1   now off the record, parts of the call.
 2                    (WHEREUPON, discussion was had
 3                     off the record.)
 4                     Back on the record.
 5   BY MR. WATTS:
 6       Q.    So we listened to the November 17th,
 7   2018 call.  First of all, was that your voice in
 8   the recording?
 9       A.    Yes.
10       Q.    Okay.  At any time during that recording
11   did you instruct the company that was calling you
12   to stop calling you?
13       A.    No.
14       Q.    Okay.  There was a -- the person on the
15   phone referenced a $76 balance to make the account
16   current I think?
17       A.    Uh-huh.
18       Q.    Did you understand what that meant at
19   the time?
20       A.    Yes.
21       Q.    Okay.  In your own words, what would
22   your understanding of what that meant?
23       A.    So if I pay the $76 at the moment then,
24   you know, my credit card will continue and I would
```

1  **be able to use it and continue making the payment**
2  **towards it.**
3  Q.  During this period of time of this phone
4  call, did you continue to use the credit card?
5  **A.  No.**
6  Q.  Was it shut off?
7  **A.  I never tried.**
8  Q.  Okay.  So you don't know whether it was
9  shut off or not?
10  **A.  Right.  I don't know.**
11  Q.  Was the balance on the card to your
12  knowledge more than $76 at that time?
13  **A.  Yes, I believe so.**
14  Q.  All right.  Was this card when they
15  called you, did you consider the card to be
16  delinquent?
17  **A.  Say that again.**
18  Q.  Just strike the question.
19      Did you consider the card to be in
20  default at the time of the phone call that we just
21  listened to?
22  **A.  No.**
23  Q.  Okay.  When I say the card, you
24  understand I mean the card, the credit account, the

```
 1   revolving credit account?
 2       A.    Right.
 3             MR. WATTS:  There's only one more
 4   recording I have for us to listen to.  Off the
 5   record.
 6                   (WHEREUPON, discussion was had
 7                    off the record.)
 8             On the record.
 9   BY MR. WATTS:
10       Q.    Mr. Parmar, I'm going to play you a
11   December 11, 2018 recording in connection with your
12   New York Life Visa card or First Bank card.  I'm
13   going to ask you to listen to it and I'll have a
14   few questions afterward.
15             MR. WATTS:  Off the record.
16                   (WHEREUPON, discussion was had
17                    off the record.)
18             Back on the record.
19   BY MR. WATTS:
20       Q.    Did you hear the person on the phone
21   reference $137 and change amount required to make
22   your account current?
23       A.    Something like that, yes.
24       Q.    Okay.  Something along those lines.
```

```
 1             Again was that the -- Do you know
 2   whether that was the full balance on your account
 3   at that time or that was just the amount needed to
 4   make your card usable again?
 5        A.   From what I hear and from what I
 6   understood at that time, it was the amount that I
 7   need to pay to get it current and not the full
 8   balance.
 9        Q.   Okay.  Did you at this time on
10   December 11, 2018, did you consider your New York
11   Life Visa issued by First Bank, did you consider
12   that account to be in default?
13        A.   I don't believe -- No, I don't think
14   so.
15             MR. WATTS:  All right.  Off the record
16   and continue listening.
17                    (WHEREUPON, discussion was had
18                     off the record.)
19             Back on the record.
20   BY MR. WATTS:
21        Q.   So we just listened to the entirety of
22   the one minute and 15 second phone call.  It's
23   complete.  At any point during that phone call, did
24   you hear yourself instruct whoever it was calling
```