UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANUP PARMAR,<br><br>PLAINTIFF,<br><br>v.<br><br>CREDIT CONTROL, LLC<br><br>DEFENDANT. | Case No.: 1:19-cv-00387<br><br>DECLARATION |

### DECLARATION OF ANTHONY PIROTTA

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. I am over the age of 18, and I am competent to make this declaration.

2. I am Chief Compliance Officer of Credit Control LLC and have held this position since July 2015.

3. The information contained herein is based upon my personal knowledge along with my review of documents which are maintained in the ordinary course of Credit Control's regularly conducted business, and which were made at or about the time of the events described therein.

4. At no time from November 17, 2018 (date account assigned to Credit Control) to January 8, 2019 (date account was recalled from Credit Control) (hereinafter "Relevant Period"), did Credit Control assert that the Account was in "default" to Plaintiff Anup Parmar ("Parmar") in its communications with Plaintiff.

5. At no point during the relevant period did Credit Control attempt to collect the full balance of the Account from Parmar.

6. Credit Control only spoke with Plaintiff twice after assignment/during the Relevant Period – once on November 17, 2018 by phone and once on December 11, 2018 by phone – both conversations were fully recorded and provided to Plaintiff and Plaintiff's counsel.

7. Credit Control identified itself as New York Life Visa Card or First Bankcard in all calls with the Plaintiff.

8. Credit Control only attempted to cure the minimum payment balance in all calls with Plaintiff.

9. Credit Control had dedicated representatives for accounts assigned by FNBO pursuant to the First Party Agreement.

10. Credit Control did not receive any contingency fee/commission for work performed pursuant to the First Party Agreement.

11. I hereby declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

Executed on this 6th day of November, 2019

/s/:                Tony Pirotta, Chief Compliance Officer of Credit Control