# Exhibit A (Recording)